1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
4  Fax: 650.843.400

5  ERIC MECKLEY, State Bar 168181
   MORGAN, LEWIS & BOCKIUS LLP
6  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
7  Tel: 415.442.1000
   Fax: 415.442.1001
8  emeckley@morganlewis.com

9  Attorney for Defendants
   ARAMARK SPORTS, LLC and ARAMARK
10 CORPORATION.

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 MARK ANTOINE FOSTER,                  Case No.

16         Plaintiff,                    CV 08 1336

17    vs.                                **DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**

18 ARAMARK SPORTS, LLC and
   ARAMARK CORPORATION, and DOES
19 1 through 73,

20         Defendants.

21

22      Pursuant to Local Rule 3-16, the undersigned certifies that the following persons,

23 associations of persons, firms, partnerships, corporations (including parent corporations) or other

24 entities (i) have a financial interest in the subject matter in controversy or in a party to the

25 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

26 substantially affected by the outcome of this proceeding:

27      ARAMARK SPORTS, LLC

28      ARAMARK CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7669878.1                              CERTIFICATION OF INTERESTED PARTIES

1
2  Dated: March 7, 2008                    MORGAN, LEWIS & BOCKIUS LLP
3
4                                          By _____
5                                             Eric Meckley
                                              Attorney for Defendants
6                                             ARAMARK SPORTS, LLC and ARAMARK
                                              CORPORATION
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1-SF/7669878.1                              CERTIFICATION OF INTERESTED PARTIES