```
MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.400

ERIC MECKLEY, State Bar 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
```

E-filing

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARAMARK SPORTS, LLC and<br>ARAMARK CORPORATION, and DOES<br>1 through 73,<br><br>    Defendants. | Case No.<br><br>**DEFENDANTS' RULE 7.1<br>DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants ARAMARK SPORTS, LLC and ARAMARK CORPORATION. make the following disclosures. There is no publicly held corporation that directly holds ten percent or more of ARAMARK CORPORATION's stock. ARAMARK SPORTS, LLC is not a corporate party.

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7669879.1                                         RULE 7.1 DISCLOSURE STATEMENT

| | |
|---|---|
| Dated: March 7, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| | By _____ |
| | Melinda S. Riechert |
| | Attorney for Defendants |
| | ARAMARK SPORTS, LLC and |
| | ARAMARK CORPORATION |