ORIGINAL

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.400

ERIC MECKLEY, State Bar 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK CORPORATION

E-filing

FILED
08 MAR -7 PM 3:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS, LLC and ARAMARK CORPORATION, and DOES 1 through 73,<br><br>Defendants. | CV 08 Case No. 1336<br><br>**NOTICE OF RELATED CASES** |

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, Defendants ARAMARK SPORTS, LLC and ARAMARK CORPORATION hereby submit that they are aware of the following previously filed or pending related cases in the Federal Courts:

Mark Antoine Foster v. ARAMARK Sports, LLC, Ying Kee McVicker, and Matthew Lee, Case No. CV-00733 MHP;

Mark Antoine Foster v. Morgan Lewis & Bockius LLP and Eric Meckley (pending removal from San Francisco County Superior Court).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7669883.1

NOTICE OF RELATED CASES

1 | Dated: February 27, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____[signature: Melinda Riechert]_____
Melinda S. Riechert
Attorney for Defendants
ARAMARK SPORTS, LLC and
ARAMARK CORPORATION