|   |   |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | ERIC MECKLEY, State Bar No. 168181 |
|   | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
|   | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |

E-filing

Attorneys for Defendants
ARAMARK SPORTS, LLC (erroneously sued as ARAMARK Sports and Entertainment), YING KEE McVICKER, and MATTHEW LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK ANTOINE FOSTER,

    Plaintiff,

vs.

ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51,

    Defendants.

Case No. CV 08 1336

**PROOF OF SERVICE**

EMC

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On March 7, 2008, I served the within document(s):

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF ACTION
28 U.S.C. SECTION 1441(b) – FEDERAL QUESTION AND
DIVERSITY OF CITIZENSHIP**

1-SF/7660892.1

PROOF OF SERVICE

| | |
|---|---|
| 1 | NOTICE OF RELATED CASES |
| 2 | DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES |
| 3 | DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT |

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Mark Foster, *In Pro Per*
200 Corpus Christi Road, #A
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 7, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*/s/ Mary Gonzalez*
Mary I. Gonzalez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7660892.1

PROOF OF SERVICE