1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
4  Fax: 650.843.400

5  ERIC MECKLEY, State Bar 168181
   MORGAN, LEWIS & BOCKIUS LLP
6  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
7  Tel:  415.442.1000
   Fax: 415.442.1001
8  emeckley@morganlewis.com

9  Attorney for Defendants
   ARAMARK SPORTS, LLC and ARAMARK
10 CORPORATION

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 MARK ANTOINE FOSTER,                | Case  C-08-01336 EMC
15              Plaintiff,              | **DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
16         vs.
17 ARAMARK SPORTS, LLC and
   ARAMARK CORPORATION, and DOES
18 1 through 73,
19              Defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7666653.1

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE
Case No. 08-01336 EMC

1 | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2 | The undersigned parties hereby respectfully decline to consent to the assignment of this case to a Unites States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: March 13, 2008

Morgan, Lewis & Bockius LLP

By _____
Eric Meckley
Attorneys for Defendants
ARAMARK SPORTS, LLC and
ARAMARK CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7666653.1

2

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE
Case No. 08-01336 EMC

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On March 13, 2008, I served the within document(s):

**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Mark Foster, *In Pro Per*
200 Corpus Christi Road, #A
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 13, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
MARY GONZALEZ

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658366.1

1

Case No. 08-01336 EMC

PROOF OF SERVICE