MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.400

ERIC MECKLEY, State Bar 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS, LLC and ARAMARK CORPORATION, and DOES 1 through 73,<br><br>Defendants. | Case No. C-08-01336 EMC<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On March 13, 2008, I served the within document(s):

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675388.1

PROOF OF SERVICE

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT GUIDELINES |
| 2 | DROP BOX FILING PROCEDURES |
| 3 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| 4 | |
| 5 | STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN |
| 6 | |
| 7 | STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT |
| 8 | |
| 9 | NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL |
| 10 | |
| 11 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| 12 | |
| 13 | DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| 14 | |
| 15 | |
| 16 | ECF REGISTRATION INFORMATION HANDOUT |

| | | |
|---|---|---|
| 18 | ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| 19 | | |
| 20 | ☒ | by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| 21 | | |
| 22 | ☐ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery. |
| 23 | | |
| 24 | ☐ | by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |
| 25 | ☐ | by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. |

Mark Foster, *In Pro Per*
200 Corpus Christi Road, #A
Alameda, CA  94501

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO / NEW YORK

1-SF/7675388.1

c                                                                         PROOF OF SERVICE

| | |
|---|---|
| 1 | I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 6 | Executed on March 13, 2008, at San Francisco, California. |
| 7 | I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. |

*/s/ Mary Gonzalez*
Mary I. Gonzalez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675388.1

c                                               PROOF OF SERVICE