MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.400

ERIC MECKLEY, State Bar 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
emeckley@morganlewis.com

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS, LLC and ARAMARK CORPORATION, and DOES 1 through 73,<br><br>    Defendants. | Case No. C-08-01336 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FRCP 12(b)(6)]**<br><br>Date:        April 22, 2008<br>Time:       9 a.m.<br>Courtroom: E, 15th Floor<br>Judge:      Hon. Judge Phyllis J. Hamilton |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7678495.1

[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO DISMISS PLAINTIFF'S
COMPLAINT (CASE NO. C-08-01336 PJH)

1  WHEREFORE, the motion of Defendants ARAMARK SPORTS, LLC and ARAMARK
2  CORPORATION (collectively, "Defendants") to dismiss the Complaint of Plaintiff Mark
3  Antoine Foster's ("Plaintiff") pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) came on
4  regularly for hearing before this Court on April 23, 2008.  Upon consideration of the papers
5  submitted and the argument of the parties, and for good cause appearing:

6  IT IS HEREBY ORDERED that Defendants' motion is granted.  Plaintiff's Complaint
7  fails to state a claim as a matter of law.  Specifically,

8  Foster's claim under California Civil Code Sections 1572, 1709, and 1710 fails to state a
9  claim because Foster fails to allege that he relied on a misrepresentation.  Foster's claim further
10 fails to state a claim because he fails to allege that even if he had relied on a misrepresentation, he
11 suffered any damage as a result.

12 Foster's claim for mail fraud pursuant to 18 U.S.C. Section 1341 fails to state a claim
13 because there is no private right of action for violation of this criminal statute.

14 Foster's claim for conspiracy pursuant to 18 U.S.C. Sections 1345 and 1349 fails to state a
15 claim because there is no private right of action for violation of this criminal statute, and only the
16 Attorney General can bring an action for violation of these statutes.

17 Foster's claim for wire fraud pursuant to 18 U.S.C. Section 1343 fails to state a claim
18 because there is no private right of action for violation of this criminal statute.

19 Foster's claim for intentional infliction of emotional distress fails to state a claim because
20 Foster fails to allege that ARAMARK's alleged conduct was extreme and outrageous.

21 Foster's claim for negligent infliction of emotional distress fails to state a claim because
22 Foster fails to allege that ARAMARK's alleged conduct was negligent

23 Plaintiff's Complaint is hereby dismissed with prejudice.

24

25 DATED: _____    _____
                                    Honorable Judge Phyllis J. Hamilton
26                                  United States District Court Judge

27

28

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7678495.1    1    [PROPOSED] ORDER GRANTING DEFS.'
                      MOTION TO DISMISS PLAINTIFF'S
                      COMPLAINT (CASE NO. C-08-01336 PJH)