1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.400
5
6  ERIC MECKLEY, State Bar 168181
   MORGAN, LEWIS & BOCKIUS LLP
7  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
8  Tel: 415.442.1000
   Fax: 415.442.1001
9  emeckley@morganlewis.com

10 Attorney for Defendants
11 ARAMARK SPORTS, LLC and ARAMARK
   CORPORATION

12                      UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14                          SAN FRANCISCO DIVISION
15

16 | MARK ANTOINE FOSTER,              | Case No. C-08-01336 PJH |
17 |                                   |                         |
   |        Plaintiff,                 | PROOF OF SERVICE        |
18 |                                   |                         |
   |     vs.                           |                         |
19 |                                   |                         |
   | ARAMARK SPORTS, LLC and           |                         |
20 | ARAMARK CORPORATION, and DOES     |                         |
   | 1 through 73,                     |                         |
21 |                                   |                         |
22 |        Defendants.                |                         |

23     I am a resident of the State of California and over the age of eighteen years, and not a
24 party to the within action; my business address is One Market, Spear Street Tower, San
25
26 Francisco, California 94105-1126.

27     On March 14, 2008, I served the within document(s):

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675388.1

1. **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal</u> Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Mark Foster, *In Pro Per*
200 Corpus Cristi Road, #A
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 14, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
JOVY V. REYES

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675388.1

PROOF OF SERVICE