1  **Mark Antoine Foster, In Pro Per**
   **200 Corpus Cristie Road #A**
2  **Alameda, California 94502**
   **(415) 756-1611**
3  **(619) 646-3564**



4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

                                Case No.  **C-08- 01337 MHP**
12  **MARK ANTOINE FOSTER,**
                                **DECLARATION OF MARK**
13                              **ANTOINE FOSTER IN SUPPORT**
              **Plaintiff,**       **THEREOF AND EXHIBITS 1 THRU 6**
14                              **ATTACHED THERETO**
      **vs.**
15                              **Date:  April 28, 2008**
    **MORGAN LEWIS and BOKIUS, and**   **Time:  2:00 p.m.**
16  **ERIC MECKLEY, an individual**
    **and DOES 1 Through 81**
17            **Defendants**

18  _____/

19     I MARK ANTOINE FOSTER declare that:

20     1.    I am the plaintiff in this action and have personal knowledge of each fact stated in

21     the complaint filed against Aramark Sports LLC, and Aramark Corporation , a

22     parties to this action.

23     2.    Attached hereto as Exhibit 1 and incorporated herein by reference is pages 11, l,

24     and exhibit 6 of Aramark and Defendant Attorney Meckley's Early Settlement

25  DECLARATION OF MARK ANTOINE FOSTER                                    1

                                    C- 08-01337 MHP

Conference Statement.

3.    Attached hereto as Exhibit 2 and incorporated herein by reference is the Voluntary Resignation Agreement Plaintiff signed on March 28, 2006.

4.    Attached hereto as Exhibit 3 and incorporated herein by reference is page 6 of Aramark Sports LLC's answers to Plaintiff's Employment Interrogatories.

5.    Attached hereto as Exhibit 4 and incorporated herein by reference is copies of Plaintiff State Disability payment check stubs.

6.    Attached hereto as Exhibit 5 and incorporated herein by reference is a copy of the compromise and release agreement presented to Plaintiff by the law offices of Gray and Prouty.

7.    Attached hereto as Exhibit 6 and incorporated herein by reference is a copy of the new Voluntary Resignation Agreement displaying the May 1, 2007 date.

I declare under penalty under the laws of the state of California that the foregoing is true and correct and that this declaration was executed this day on the 21st of March 2008, at San Francisco, California.

Mark Antoine Foster, In Pro Per

DECLARATION OF MARK ANTOINE FOSTER

C- 08-01337 MHP

EXHIBIT 1

1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181
2  SUZANNE BOAG, State Bar No. 250441
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   ARAMARK SPORTS, LLC (erroneously sued as
6  ARAMARK Sports and Entertainment), YING KEE
   McVICKER, and MATTHEW LEE
7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  COUNTY OF SAN FRANCISCO

10                  UNLIMITED JURISDICTION

11

12  | MARK ANTOINE FOSTER, | Case No. CGC-07-461178 |
|---|---|
13  | Plaintiff, | **DEFENDANTS' EARLY SETTLEMENT PROGRAM SETTLEMENT CONFERENCE STATEMENT** |
14  | vs. | |
15  | ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51, | Date:     January 11, 2008 |
16  | | Action Filed:    March 9, 2007 |
17  | | Trial Date:     May 19, 2008 |
    | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7649382.1                                           Case No. CGC-07-461178

# **TABLE OF CONTENTS**

**Page**

I.    INTRODUCTION ...........................................................................................................1

II.   STATEMENT OF RELEVANT FACTS ....................................................................2

    A.    ARAMARK Sports, LLC ....................................................................................2

    B.    Plaintiff's Employment with ARAMARK ..........................................................2

    C.    September 6, 2005:  Plaintiff Lied On His Application For Employment With ARAMARK.......................................................................................................3

    D.    Plaintiff Had a Consensual Relationship With Defendant McVicker .....................3

    E.    Plaintiff Erroneously Believed Defendants Lee and McVicker Were Romantically Involved...............................................................................................4

    F.    February 17, 2006:  Plaintiff Refused To Cover a Last-Minute Banquet................4

    G.    Early-February 2006: The Alleged Family Meal "Harassment" .............................6

    H.    Late-February 2006: The Alleged Chicken Pot Pie "Harassment" .........................6

    I.    February 21, 2006: Plaintiff Contacted the ARAMARK Employee Hotline ..........7

    J.    February 23, 2006: Plaintiff Contacted Assistant General Manager Phil Ip With His Concerns..................................................................................................8

    K.    February 27, 2006: ARAMARK Investigated Plaintiff's Allegations of Sexual Harassment....................................................................................................8

    L.    Early-March 2006: The Alleged Fish Taco "Harassment".....................................9

    M.    Mid-March 2006: Plaintiff Allegedly Requested a Pay Raise.................................9

    N.    March 13, 2006: ARAMARK Management Met With Plaintiff To Discuss Plaintiff and McVicker Working on Different Shifts.............................................10

    O.    March 17, 2006:  ARAMARK Management Again Met With Plaintiff To Discuss a Shift Change .........................................................................................10

    P.    March 30, 2006:  Foster Began a Leave Of Absence ...........................................11

    Q.    June 15, 2006:  Plaintiff Voluntarily Resigned His Position.................................11

III.  LEGAL ARGUMENT...................................................................................................11

    A.    Plaintiff Cannot Establish A Cause Of Action For Constructive Discharge Because Plaintiff Cannot Prove That He Was Subjected To "Intolerable Conditions" At The Time Of His Resignation .......................................................11

    B.    Plaintiff Cannot Establish Sexual Harassment .....................................................13

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7649382.1            i           Case No. CGC-07-461178

DEFENDANTS' EARLY SETTLEMENT PROGRAM SETTLEMENT CONFERENCE STATEMENT

**EXHIBIT 6**

# VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of  June 15, 2006.

_Mark Foster_         May 7, 2007
Mark Foster,          Date

ARA/Fos
D 0177

EXHIBIT 2

(ALX # 030647597

## LEAVE OF ABSENCE REQUEST

.Employee's Name  MaRK  Antoine  Foste

Social Security Number  302-56 -8205

Hire Date  9/8/05                              Unit  K°

Request Leave of Absence

To Start  March  30, 2006
          no later than
To Return  June  15, 2006

To Be Read And Signed By Employee:

I understand that failure to report to work at the date specified above
means that I am quitting voluntarily and I will, therefore, be terminated
on that day.

Mark A. Foster
Employee's Signature

Reason for Request

Emotional  Stress , mental  anguish

Mark A. Foster                          March 28, 2006
Employee's Signature                    Date

APPROVALS:

Department Head

Controller                                        Date
                                                  3/28/06

Personnel                                         Date
                                                  3/28/06
                                                  Date

EMPLOYEE NOTIFIED OF DECISION ON    3/29/06

---

Chief Alfonso called
at 11:13 am  6/15
to inform me Mark did
not show for work
He was scheduled to work
at 11 am.           6/12
Chef Tim called  3 days ago
to inform him he will be on the
schedule           JC

$E \times H I B I T \quad 3$

1   MORGAN, LEWIS & BOCKIUS LLP
    ERIC MECKLEY, State Bar No. 168181
2   SUZANNE BOAG, State Bar No. 250441
    One Market, Spear Street Tower
3   San Francisco, CA 94105-1126
    Tel: 415.442.1000
4   Fax: 415.442.1001

5   Attorneys for Defendants
    ARAMARK SPORTS, LLC (erroneously sued as
6   ARAMARK Sports and Entertainment), YING KEE
    McVICKER, and MATTHEW LEE
7

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                           COUNTY OF SAN FRANCISCO

10                              UNLIMITED JURISDICTION

11

| | |
|---|---|
| 12  MARK ANTOINE FOSTER, | Case No. CGC-07-461178 |
| 13             Plaintiff, | **DEFENDANT ARAMARK SPORTS, LLC'S RESPONSE TO PLAINTIFF'S FORM INTERROGATORIES – EMPLOYMENT LAW (SET ONE)** |
| 14      vs. | |
| 15  ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51, | Action Filed:    March 9, 2007<br>Trial Date:      May 19, 2008 |
| 16 | |
| 17             Defendants. | |
| 18 | |

19

20   PROPOUNDING PARTY:         Plaintiff, MARK ANTOINE FOSTER

21   RESPONDING PARTY:          Defendant, ARAMARK SPORTS, LLC

22   SET NUMBER:                ONE (1)

23                      **RESPONSES TO FORM INTERROGATORIES**

24   **INTERROGATORY NO. 200.1:**

25        Do you contend that the **EMPLOYMENT** relationship was "at will"? If so:

26        (a)    state all facts upon which you base this contention;

27        (b)    state the name, **ADDRESS**, and telephone number of each **PERSON** who has

28   knowledge of those facts; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7598403.1

1    Defendant objects to this Interrogatory on the grounds that the phrase "involved in a

2    TERMINATION" is vague and ambiguous. Defendant further objects to this Interrogatory on the

3    grounds that it is overbroad. Notwithstanding and without waiving such the foregoing objections,

4    Defendant responds: Plaintiff elected to terminate his employment.

5        (a)    Plaintiff voluntarily resigned by electing not to return from a leave of absence.

6    Defendant did not terminate the Plaintiff.

7        (b)    Because Plaintiff voluntarily resigned. Defendant believes Plaintiff was likely the

8    only person who participated in his decision to resign.

9        (c)    This sub-part does not appear applicable given the fact that Plaintiff voluntarily

10    resigned, and Defendant did not terminate him.

11        (d)    Defendant lacks knowledge or information as to what documents, if any, Plaintiff

12    relied upon in deciding to voluntarily resign. Plaintiff signed an agreement on March 28, 2005

13    which stated that if he did not report to work following his leave of absence by June 15, 2005,

14    then he would be considered to have voluntarily resigned.

15    **INTERROGATORY NO. 201.2**

16        Are there any facts that would support the **EMPLOYEE'S TERMINATION** that were

17    first discovered after the **TERMINATION**? If so:

18        (a)    state the specific facts;

19        (b)    state when and how **EMPLOYER** first learned of each specific fact;

20        (c)    state the name, **ADDRESS**, and telephone number of each **PERSON** who has

21    knowledge of the specific facts; and

22        (d)    identify all **DOCUMENTS** that evidence these specific facts.

23    **RESPONSE TO INTERROGATORY NO. 201.2:**

24        To the extent this Interrogatory seeks evidence pertaining to "after-acquired evidence"

25    which would support an involuntary termination, Defendant responds: Defendant did not

26    involuntarily terminate Plaintiff; rather, Plaintiff voluntarily resigned. In any event, Defendant

27    has become aware during the course of its investigation that Plaintiff falsified his employment

28    application by indicating that he had never been convicted of a felony, when in fact he was

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7598403.1                6

DEFENDANT ARAMARK SPORTS, LLC'S RESPONSE TO
PLAINTIFF'S FORM INTERROGATORIES – EMPLOYMENT LAW (SET ONE)

EXHIBIT 4

KEEP THIS STATEMENT FOR YOUR RECORDS.                    DATE ISSUED 07/15/06
SSN:  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    NAME: MARK A . OSTER          CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                          EMPLOYMENT DEVELOPMENT DEPARTMENT       TELEPHONE: (800) 480-3287
                          P O BOX  193534
                          SAN FRANCISCO  CA    94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 06/04/06 THROUGH 07/13/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 40 | $1897.14 | $0.00 | $1897.14 |

MESSAGE-AREA

   IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.





SSN: 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   NAME: MARK A FOSTER
WEEKLY RATE: $332.00   WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.   THE OFFICE PROCESSING YOUR CLAIM IS:
                                 EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                                 P O BOX 193534
                                 SAN FRANCISCO  CA    94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 05/10/06 THROUGH 05/23/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



DE 2500CXX Rev. (6/03)       DETACH THIS STUB FOR YOUR RECORDS REMUEVA ESTE TALON PARA SU RECORD PERSONAL        CU FA061 (10-04) FLASH

!KEEP THIS STATEMENT FOR YOUR RECORDS.                            DATE ISSUED 06/06/06
SSN:  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   NAME: MARK A FOSTER                    CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00          WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.   THE OFFICE PROCESSING YOUR CLAIM IS:
                                 EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                                 P O BOX 193534
                                 SAN FRANCISCO  CA    94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 05/24/06 THROUGH 06/03/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 11 | $521.71 | $0.00 | $521.71 |

MESSAGE-AREA

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



                                **NOTICE OF FINAL PAYMENT**
THIS IS YOUR FINAL PAYMENT BECAUSE INFORMATION IN YOUR DISABILITY INSURANCE CLAIM INDICATES THAT
YOU ARE NO LONGER DISABLED.  IF YOU ARE STILL DISABLED: SEE SUPPLEMENTAL CERTIFICATION.  YOU AND
YOUR DOCTOR MUST COMPLETE A SUPPLEMENTAL CERTIFICATION FOR YOU TO RECEIVE CONTINUING BENEFITS.

IF YOU ARE UNEMPLOYED AND ABLE TO WORK:  REPORT TO THE NEAREST UNEMPLOYMENT INSURANCE OFFICE
FOR HELP IN FINDING WORK AND TO DETERMINE YOUR ELIGIBILITY FOR UNEMPLOYMENT INSURANCE BENEFITS.
                                                          DE 2525XX REV. 1 (7/96)

DE 2500CXX Rev. (6/03)

KEEP THIS STATEMENT FOR YOUR RECORDS.                                           DATE ISSUED 09/09/06
SSN: 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   NAME: MARK A FOSTER                        CLAIM EFFECTIVE DATE: 03/30/06
**WEEKLY RATE: $332.00**          **WEEKLY RATE IS FOR 7 DAYS**
.EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                                   EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                                   P O BOX 193534
                                   SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 08/25/06 THROUGH 09/07/06.



| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

**MESSAGE-AREA**

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

---

DE 2500CKX Rev. (8/03)                                                                          \061 (10-04) FLASH
                         DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALÓN PARA SU RÉCORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                                        DATE ISSUED 10/07/06
SSN:  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   NAME: MARK A FOSTER                       CLAIM EFFECTIVE DATE: 03/30/06
**WEEKLY RATE: $332.00**          **WEEKLY RATE IS FOR 7 DAYS**
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                                   EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                                   P O BOX 193534
                                   SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 09/22/06 THROUGH 10/05/06.



| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

**MESSAGE-AREA**

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (8/03)

CU PA061 (10-04) FLASH

DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALÓN PARA SU RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                    DATE ISSUED 09/23/06
SSN:  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    NAME: MARK A FOSTER          CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW. THE OFFICE PROCESSING YOUR CLAIM IS:
                        EMPLOYMENT DEVELOPMENT DEPARTMENT       TELEPHONE: (800) 480-3287
                        P O BOX  193534
                        SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 09 08 06 THROUGH 09 21/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

YOU HAVE BEEN PAID DISABILITY BENEFITS ON AN AUTOMATIC PAYMENT CYCLE.  FOR THE DEPARTMENT TO VERIFY
YOUR CONTINUING ELIGIBILITY, COMPLETE AND IMMEDIATELY RETURN THE ENCLOSED DISABILITY CLAIM STATUS
QUESTIONNAIRE (DE2593) TO THE DISABILITY OFFICE SHOWN ABOVE.

IF YOU EXPECT YOUR DISABILITY TO BE LONG-TERM, YOU SHOULD CONTACT THE SOCIAL SECURITY INFORMATION
LINE AT 1-800-772-1213 TO FIND OUT ABOUT ADDITIONAL BENEFITS THAT MIGHT BE AVAILABLE.

DE 2593-A (12/91)

---

DE 2500CKX Rev. (8/03)

CU PA061 (10-04) FLASH

DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                    DATE ISSUED 10/21/06
SSN: 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   NAME: MARK A FOSTER          CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
.EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT      TELEPHONE: (800) 480-3287
                              P O BOX  193534
                              SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 10/06/06 THROUGH 10/19/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



*Handwritten notes: Oct 9+6, 3rd Nov, 17 Nov, 30th Nov, 14 day, Nov 6th 664, Nov 20+6 664, Dec 4th 664, 1,992, 1,992, 1400, 3412*

DE 2500CKX Rev. (8/03)        DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                    DATE ISSUED 11/04/06
SSN: 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   NAME: MARK A FOSTER          CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT      TELEPHONE: (800) 480-3287
                              P O BOX  193534
                              SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 10/20/06 THROUGH 11/02/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DETACH THIS STUB FOR YOUR RECORDS;REMUEVA ESTE TALON PARA SU RECORD PERSONAL

**KEEP THIS STATEMENT FOR YOUR RECORDS.**                     **DATE ISSUED 12/02/06**
SSN:  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     NAME: MARK A FOSTER                **CLAIM EFFECTIVE DATE: 03/30/06**
**WEEKLY RATE: $332.00          WEEKLY RATE IS FOR 7 DAYS**
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                         EMPLOYMENT DEVELOPMENT DEPARTMENT       TELEPHONE: (800) 480-3287
                         P O BOX 193534
                         SAN FRANCISCO CA  94119-3534
**THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 11/17/06 THROUGH 11/30/06.**

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|-------------|--------------|---------------|-----------|
| 14          | $664.00      | $0.00         | $664.00   |

MESSAGE-AREA

  **IMPORTANT NOTICE**:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
  ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

  YOU HAVE BEEN PAID DISABILITY BENEFITS ON AN AUTOMATIC PAYMENT CYCLE.  FOR THE DEPARTMENT TO VERIFY
  YOUR CONTINUING ELIGIBILITY, COMPLETE AND IMMEDIATELY RETURN THE ENCLOSED DISABILITY CLAIM STATUS
  QUESTIONNAIRE (DE2593) TO THE DISABILITY OFFICE SHOWN ABOVE.

  IF YOU EXPECT YOUR DISABILITY TO BE LONG-TERM, YOU SHOULD CONTACT THE SOCIAL SECURITY INFORMATION
  LINE AT 1-800-772-1213 TO FIND OUT ABOUT ADDITIONAL BENEFITS THAT MIGHT BE AVAILABLE.
                                                             DE 2593-A (12/91)

KEEP THIS STATEMENT FOR YOUR RECORDS.                          DATE ISSUED 12/16/06
SSN: 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   NAME: MARK A FOSTER                  CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                          EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                          P O BOX 193534
                          SAN FRANCISCO CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 12/01/06 THROUGH 12/14/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

   IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (8/03)       DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL          CU-FAU61 (12-04) FLASH

KEEP THIS STATEMENT FOR YOUR RECORDS.                          DATE ISSUED 02/01/07
SSN: 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   NAME: MARK A FOSTER                  CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                          EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                          P O BOX 193534
                          SAN FRANCISCO CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 01/26/07 THROUGH 01/30/07.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 5 | $237.14 | $0.00 | $237.14 |

MESSAGE-AREA

   IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

                                NOTICE OF FINAL PAYMENT
THIS IS YOUR FINAL PAYMENT BECAUSE INFORMATION IN YOUR DISABILITY INSURANCE CLAIM INDICATES THAT
YOU ARE NO LONGER DISABLED.  IF YOU ARE STILL DISABLED: SEE SUPPLEMENTAL CERTIFICATION.  YOU AND
YOUR DOCTOR MUST COMPLETE A SUPPLEMENTAL CERTIFICATION FOR YOU TO RECEIVE CONTINUING BENEFITS.

IF YOU ARE UNEMPLOYED AND ABLE TO WORK:  REPORT TO THE NEAREST UNEMPLOYMENT INSURANCE OFFICE
FOR HELP IN FINDING WORK AND TO DETERMINE YOUR ELIGIBILITY FOR UNEMPLOYMENT INSURANCE BENEFITS.
                                                       DE 2525XX REV. 1 (7/96)

DE 2500CKX Rev. (8/03)    DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL    CU-PA061 (10-04) FLASH
DETACH AND SEE REVERSE SIDE    DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL

**KEEP THIS STATEMENT FOR YOUR RECORDS.**                    **DATE ISSUED 01/27/07**
**SSN:  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   NAME: MARK A FOSTER**        **CLAIM EFFECTIVE DATE: 03/30/06**
**WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS**
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                              P O BOX  193534
                              SAN FRANCISCO CA  94119-3534
**THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S):** 01/12/07 THROUGH 01/25/07.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

**MESSAGE-AREA**



**IMPORTANT NOTICE:**   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (8/03)    DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL    CU-PA061 (10-04, FLASH

KEEP THIS STATEMENT FOR YOUR RECORDS. DATE ISSUED 07/29/06
SSN: 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 NAME: MARK A FOSTER CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00 WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW. THE OFFICE PROCESSING YOUR CLAIM IS:
EMPLOYMENT DEVELOPMENT DEPARTMENT TELEPHONE: (800) 480-3287
P O BOX 193534
SAN FRANCISCO CA 94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 07/14/06 THROUGH 07/27/0

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

IMPORTANT NOTICE: IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



7/13 7/15
7/27 7/29
8/10 8/12

DE 2500CKX Rev (8/03) DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALÓN PARA SU RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS. DATE ISSUED 08/12/06
SSN: 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 NAME: MARK A FOSTER CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00 WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW. THE OFFICE PROCESSING YOUR CLAIM IS:
EMPLOYMENT DEVELOPMENT DEPARTMENT TELEPHONE: (800) 480-3287
P O BOX 193534
SAN FRANCISCO CA 94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 07/28/06 THROUGH 08/10/0

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

IMPORTANT NOTICE: IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (8/03) DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALÓN PARA SU RÉCORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                                    DATE ISSUED 08/26/06
SSN:   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    NAME: MARK A FOSTER                         CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00            WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.   THE OFFICE PROCESSING YOUR CLAIM IS:
                                EMPLOYMENT DEVELOPMENT DEPARTMENT          TELEPHONE: (800) 480-3287
                                P O BOX  193534
                                SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 08/11/06 THROUGH 08/24/



| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (8/03)              DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA SU RECORD PERSONAL        CU PAGE: 110/04LE A9

EXHIBIT 5

Bill K. Gray
John P. Welch, Inc.
James B. James
Melinda Schaffner, Inc.
Marilee B. Hazen
Stephen M. Berger
Malcolm D. Schick

C. Kempton Letts ^
Kelly J. Hamilton
Roger A. Cartozian
Christopher L. Herritt
Daniel R. Brown
Christopher Cooley

*Gehring C. Prouty (1947 - 1998)*

John R. Banks, Inc.
Joseph A. Hernandez
Frank M. Jodzio
David J. Mitchell
Khanh Le Kwan
David J. Demshki
Jill S. Grathwohl

G. Bruce Sutherland ^^
Thomas E. Mullen
David J. Gittelman
Dawn C. Nelms
Joanne Mareeek
Kathleen L. Wilson
T. Kelly Cox

LAW OFFICES OF
# GRAY & PROUTY

A PROFESSIONAL CORPORATION

## SAN FRANCISCO OFFICE
400 OYSTER POINT BLVD, STE 401
SOUTH SAN FRANCISCO, CA 94080

PHONE (650) 246-1440
FAX (650) 246-1441

EMAIL gpsanfrancisco@grayandprouty.com

www.grayandprouty.com

Tracy Sturtevant
Jill M. Klein **
Andrew J. Blackburn
Jason P. Williams
Tiffany A. Boyland
Robin R. Horner *
J. Wellington Glover
David W. Tate
Barry A. Saperstein
Peter E. Cummings
C. Geoffrey Allred
Thomas E. Youngdale
Marvin Levy
Dana E. Mitchell
Steven J. Green
Sonja D. Gipson

Brittany B. Huynh
Diane G. Worley
Gerald J. Bowman
Craig E. Munson
Jennifer L. Rusnak
Craig A. Kingscott

*Of Counsel*
James C. Hazen
* Licensed in Hawaii
** Licensed in Nevada
^ Licensed in Colorado
^^ Licensed in Washington

May 2, 2007

Mary Lou Williams, Esq.
4104 24TH Street, Suite 438
San Francisco, CA 94114

| Re: | Employee: | Mark Antoine Foster |
|---|---|---|
| | Employer: | Aramark |
| | WCAB#: | SFO 0496875 |
| | Claim#: | 300231324 |

Dear Ms. Williams:

Enclosed is the proposed Compromise and Release agreement which I have prepared reflecting our settlement discussions. Please note that the settlement is contingent upon Mr. Foster signing the Voluntary Resignation and also the Addendum reflecting that he is not receiving Social Security Disability nor has he filed a claim for this benefit. Once Mr. Foster has signed the enclosed documentation, would you kindly return the documents to my office and I will hand walk them through the Board and obtain an Order Approving. I recognize that I indicated I would sign these documents initially. However, I want to insure that Mr. Foster signs the Voluntary Resignation and the Medicare Information form before signing the settlement documents.

Thank you for your assistance in this matter.

Very truly yours,
**GRAY & PROUTY**

BY: _____

C. Kempton Letts, Esq.
ckletts@grayandprouty.com

CKL/ec
enclosures
cc:    Gretchen McCoy: Specialty Risk Services

| SANTA ANA-ORANGE | RIVERSIDE | NEVADA | LOS ANGELES | REDDING |
|---|---|---|---|---|
| (714) 558-3751 FAX (714) 973-4736 | (951) 276-8750 FAX (951) 276-0392 | (702) 474-4856 FAX (702) 474-4857 | (323) 525-3170 FAX (323) 525-3180 | (530) 246-9061 FAX (530) 246-9781 |
| GROVER BEACH | SAN DIEGO-CIVIL | HAWAII | FRESNO | POMONA |
| (805) 786-4050 FAX (805) 786-0131 | (619) 718-9790 FAX (619) 718-9797 | (808) 523-5520 FAX (808) 523-7924 | (559) 243-4390 FAX (559) 243-4399 | (909) 623-9966 FAX (909) 623-9936 |
| SACRAMENTO | SAN DIEGO | PETALUMA | SANTA BARBARA | SALINAS |
| (916) 419-6662 FAX (916) 419-6663 | (619) 521-2660 FAX (619) 521-2655 | (707) 766-1525 FAX (707) 766-8592 | (805) 565-2050 FAX (805) 565-2069 | (831) 444-7736 FAX (831) 444-7746 |

STATE OF CALIFORNIA
DIVISION OF WORKERS' COMPENSATION
**WORKERS' COMPENSATION APPEALS BOARD**

# COMPROMISE AND RELEASE

Case No(s). __SFO 0496875__

Social Security No. __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__

725 Ellis Street, Apt. 408

__Mark Antoine Foster__
Applicant (Employee)

__San Francisco__        __Ca 94109__
Address

555 California Street, Suite 1950
San Francisco, Ca 94104

__Aramark dba Bankers Club Of S.F.__
Correct Name(s) of Employer(s)

Address(es)

P.O. Box 591
Burbank, Ca 91503

__Specialty Risk Services__
Correct Name(s) of Insurance Carrier(s) Claims Administrator(s)

Address(es)

1. The employee, born __7/14/195_____ , claims that he/she was employed at __SAN FRANCISCO_____ ,
                                                                                                          (city)
__CALIFORNIA____ , as a(n) __Cook_____ by the employer(s),
   (state)                                          (occupation)
and claims to have sustained injury(ies) arising out of and in the course of employment:

(State with specificity the date(s) of injury(ies) and what part(s) of body, conditions or systems are being settled.)

on __CT TO 3/28/06__ to __PSYCHE_____

on _____ to _____

on _____ to _____

on _____ to _____

on _____ to _____

Body parts, conditions and systems may not be incorporated by reference to medical reports.

2. Upon approval of this compromise agreement by the Workers' Compensation Appeals Board or a workers' compensation administrative law judge and payment in accordance with the provisions hereof, the employee releases and forever discharges the above-named employer(s) and insurance carrier(s) from all claims and causes of action, whether now known or ascertained or which may hereafter arise or develop as a result of the above-referenced injury(ies), including any and all liability of the the employer(s) and the insurance carrier(s) and each of them to the dependents, heirs, executors, representatives, administrators or assigns of the employee. Execution of this form has no effect on claims that are not within the scope of the workers' compensation law or claims that are not subject to the exclusivity provisions of the workers' compensation law, unless otherwise expressly stated.

3. This agreement is limited to settlement of the body parts, conditions, or systems and for the dates of injury set forth in Paragraph No. 1 despite any language to the contrary in this document or any addendum.

4. Unless otherwise expressly stated, approval of this agreement RELEASES ANY AND ALL CLAIMS OF APPLICANT'S DEPENDENTS TO DEATH BENEFITS RELATING TO THE INJURY OR INJURIES COVERED BY THIS COMPROMISE AGREEMENT. The parties have considered the release of these benefits in arriving at the sum in Paragraph No. 7. *Any addendum duplicating this language pursuant to Sumner v WCAB, 48 CCC 369 (1983), is unnecessary and shall not be attached.*

5. Unless otherwise expressly ordered by the Workers' Compensation Appeals Board or a workers' compensation administrative law judge, approval of this agreement does not release any claim applicant may have for vocational rehabilitation benefits or supplemental job displacement benefits.

6. The parties represent that the following facts are true: (If facts are disputed, state what each party contends under Paragraph No. 9.)

EARNINGS AT TIME OF INJURY $ _____

TEMPORARY DISABILITY INDEMNITY PAID $ _____ Weekly Rate $ _____

Period(s) Paid _____

PERMANENT DISABILITY INDEMNITY PAID $ _____ Weekly Rate $ _____

Period(s) Paid _____

TOTAL MEDICAL BILLS PAID $ _____ Total Unpaid Medical Expense to be Paid By: 5,500.00 _____

Unless otherwise specified herein, the employer will pay no medical expenses incurred after approval of this agreement.

7. The parties agree to settle the above claim(s) on account of the injury(ies) by the payment of the **SUM OF $** _____ . The following **amounts are to be deducted** from the settlement amount:

$ _____ – 0 – __ for permanent disability advances through _____
                                                                          *(date)*

$ _____ – 0 – __ for temporary disability indemnity overpayment, if any.

$ _____ payable to _____

$ _____ payable to _____

$ _____ payable to _____

$ _____ payable to _____

plus $ 500°° _____ requested as applicant's attorney's fee.

**LEAVING A BALANCE OF $** 5,000° _____ , after deducting the amounts set forth above and less further permanent disability advances made after the date set forth above. Interest under Labor Code §5800 is included if the sums set forth herein are paid within 30 days after the date of approval of this agreement.

8. Liens not mentioned in Paragraph No. 7 are to be disposed of as follows (Attach an addendum if necessary):

DEFENDANT AGREES TO PAY, ADJUST OR LITIGATE THE EDD LIEN. _____

NO OTHER LIENS OF RECORD. _____

DWC WCAB FORM 15 (Rev. 10/2005) (Page 2 of 3)

Applicant/Employee: Mark Antoine Foster

9. The parties wish to settle these matters to avoid the costs, hazards and delays of further litigation, and agree that a serious dispute exists as to the following issues (initial only those that apply). **ISSUES NOT INITIALED BY ALL PARTIES ARE NOT INCLUDED WITHIN THIS SETTLEMENT.**

earnings

temporary disability

jurisdiction

apportionment

employment

injury AOE/COE

serious and willful misconduct

discrimination (Labor Code §132a)

statute of limitations

future medical treatment

other THOMAS FINDING

other ____

permanent disability

self-procured medical treatment, except as provided in Paragraph 7

vocational rehabilitation benefits/supplemental job displacement benefits

**COMMENTS** APPLICANT STIPULATES HE HAS NOT SUSTAINED ANY OTHER INJURIES, SPECIFIC OR CUMULATIVE TRAUMA, WITH THIS EMPLOYER.

Any accrued claims for Labor Code Section 5814 penalties are included in this settlement unless expressly excluded.

10. It is agreed by all parties hereto that the filing of this document is the filing of an application, and that the WCAB may in its discretion set the matter for hearing as a regular application, reserving to the parties the right to put in issue any of the facts admitted herein and that if hearing is held with this document used as an application, the defendants shall have available to them all defenses that were available as of the date of filing of this document, and that the WCAB may thereafter either approve this Compromise and Release or disapprove it and issue Findings and Award after hearing has been held and the matter regularly submitted for decision.

11. **WARNING TO EMPLOYEE: SETTLEMENT OF YOUR WORKERS' COMPENSATION CLAIM BY COMPROMISE AND RELEASE MAY AFFECT OTHER BENEFITS YOU ARE RECEIVING OR MAY BECOME ENTITLED TO RECEIVE IN THE FUTURE FROM SOURCES OTHER THAN WORKERS' COMPENSATION, INCLUDING BUT NOT LIMITED TO SOCIAL SECURITY, MEDICARE AND LONG-TERM DISABILITY BENEFITS.**

**THE APPLICANT'S (EMPLOYEE'S) SIGNATURE MUST BE ATTESTED TO BY TWO DISINTERESTED PERSONS OR ACKNOWLEDGED BEFORE A NOTARY PUBLIC**

By signing this agreement, applicant (employee) acknowledges that he/she has read and understands this agreement and has had any questions he/she may have had about this agreement answered to his/her satisfaction.

| Witness the signature hereof this ____ day of ____ , ____ | at San Francisco, CA. |
| --- | --- |
| Witness 1 (Date) 5/7/07 | Applicant (Employee) Mark Antoine Foster (Date) May 7, 2007 |
| Witness 2 (Date) 5/7/07 | Attorney for Applicant MARY LOU WILLIAMS, ESQ (Date) |
| Interpreter (Date) | Attorney for Defendant C. KEMPTON LETTS, ESQ (Date) |

STATE OF CALIFORNIA

County of ____

On this _____ day of _____ , _____ , before me, _____ , a Notary Public in and for the said

County and State, residing therein, duly commissioned and sworn, personally appeared _____

known to me to be the person(s) whose name(s) is/are subscribed to the within Instrument, and acknowledged to me that __ he __ executed the same.

*In Witness Whereof,* I have hereunto set my hand and affixed my official seal the day and year in this Certificate first above written.

_____

Notary Public in and for said County and State of California

*CLAIMANT/BENEFICIARY NAME* stipulates that he/she is:
(Check the applicable sentence below)

☑ not currently receiving Social Security Disability or Retirement benefits and is not otherwise Medicare eligible. Claimant has not applied for Social Security benefits and does not anticipate applying for benefits in the next six months.

___not currently receiving Social Security Disability or Retirement benefits but has applied for benefits and is not otherwise Medicare eligible. Claimant anticipates being Medicare eligible in 30 months from the date of the settlement

___deemed disabled by Social Security but is not currently a Medicare beneficiary but has reasonable expectation that he/she will have Medicare coverage in the next 30 months.

*CLAIMANT/BENEFICIARY NAME* agrees that this settlement includes payment of $_____ for alleged work related medical conditions and treatment and it is the sole responsibility of *CLAIMANT/BENEFICIARY NAME* to ensure that such funds are to be used for the payment of care and treatment of such work related conditions. The employee further agrees that the settlement covers any and all liens and Federal rights of recovery under the Social Security Act Section 1862(b) of the Social Security Act (42 USC Section 1395y(b)(5) and Applicable regulations found at 42 CFR Part 411 (1990) (Medicare Secondary Payer Act), and that any such lien will be paid out of the proceeds of this settlement. *CLAIMANT/BENEFICIARY NAME* further agrees to indemnify the employer and its insurer for any claim or potential claim of Medicare for payment of any lien or right of recovery as outlined above, arising out of benefits paid to or on behalf of the employee for any care or treatment provided as the result of the employee's alleged work related conditions

```
Applicant's Name        Date
```

## VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of May 1, 2007

Mark Foster,            Date

EXHIBIT 6

# VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of May 1, 2007

Mark Foster,          Date

1   **Mark Antoine Foster, In Pro Per**
    **200 Corpus Cristie Road #A**
2   **Alameda, California 94502**
    **(415) 756-1611**
3   **(619) 646-3564**



*FILED*

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11
                                        Case No.  **C-08- 01336 MHP**
12  **MARK ANTOINE FOSTER,**
                                        **DECLARATION OF MARK**
13                                      **ANTOINE FOSTER IN SUPPORT**
                **Plaintiff,**          **THEREOF AND EXHIBITS 1 THRU 7**
14                                      **ATTACHED THERETO**
        **vs.**
15                                      **Date:  April 28, 2008**
    **ARAMARK SPORTS, LLC, and**        **Time:  2:00 p.m.**
16  **ARAMARK CORPORATION,**
    **and DOES 1 Through 73**
17              **Defendants**

18  _____/

19      I MARK ANTOINE FOSTER declare that:

20      1.    I am the plaintiff in this action and have personal knowledge of each fact stated in

21            the complaint filed against Aramark Sports LLC, and Aramark Corporation , a

22            parties to this action.

23      2.    Attached hereto as Exhibit 1 and incorporated herein by reference is pages 11, i,

24            and exhibit 6 of Aramark and Defendant Attorney Meckley's Early Settlement

25  DECLARATION OF MARK ANTOINE FOSTER                                              1

                                                    C- 08-01336 MHP

1    Conference Statement.

2    3.    Attached hereto as Exhibit 2 and incorporated herein by reference is the

3    Voluntary Resignation Agreement Plaintiff signed on March 28, 2006.

4    4.    Attached hereto as Exhibit 3 and incorporated herein by reference is page 6 of

5    Aramark Sports LLC's answers to Plaintiff's Employment Interrogatories.

6    5.    Attached hereto as Exhibit 4 and incorporated herein by reference is copies of

7    Plaintiff State Disability payment check stubs.

8    6.    Attached hereto as Exhibit 5 and incorporated herein by reference is a copy of the

9    compromise and release agreement presented to Plaintiff by the law offices of

10    Gray and Prouty.

11    7.    Attached hereto as Exhibit 6 and incorporated herein by reference is a copy of the

12    new Voluntary Resignation Agreement displaying the May 1, 2007 date.

13    8.    Attached hereto as Exhibit 7 and incorporated by herein by reference is a copy of

14    the Voluntary Resignation Agreement displaying the altered date of June 15,

15    2006.

16    I declare under penalty under the laws of the state of California that the foregoing is true

17    and correct and that this declaration was executed this day on the 21st of March 2008, at

18    San Francisco, California.

Mark S. Foster

19    Mark Antoine Foster, In Pro Per

20

21

22

23

24

25    DECLARATION OF MARK ANTOINE FOSTER

2

C- 08-01336 MHP

EXHIBIT 1

1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181
2  SUZANNE BOAG, State Bar No. 250441
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   ARAMARK SPORTS, LLC (erroneously sued as
6  ARAMARK Sports and Entertainment), YING KEE
   McVICKER, and MATTHEW LEE
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SAN FRANCISCO

10                        UNLIMITED JURISDICTION

11

12  MARK ANTOINE FOSTER,                 Case No. CGC-07-461178

13           Plaintiff,                  **DEFENDANTS' EARLY SETTLEMENT
                                         PROGRAM SETTLEMENT
14        vs.                            CONFERENCE STATEMENT**

15  ARAMARK SPORTS &                     Date:      January 11, 2008
    ENTERTAINMENT, Ying Kee McVicker,
16  an individual, Matthew Lee, an individual,   Action Filed:   March 9, 2007
    and DOES 1 Through 51,               Trial Date:     May 19, 2008
17
             Defendants.
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7649382.1                                      Case No. CGC-07-461178

DEFENDANTS' EARLY SETTLEMENT PROGRAM SETTLEMENT CONFERENCE STATEMENT

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ...................................................................................................1

II.   STATEMENT OF RELEVANT FACTS .............................................................2

    A.    ARAMARK Sports, LLC .............................................................................2

    B.    Plaintiff's Employment with ARAMARK ..................................................2

    C.    September 6, 2005:  Plaintiff Lied On His Application For Employment With ARAMARK ......................................................................................3

    D.    Plaintiff Had a Consensual Relationship With Defendant McVicker ..................3

    E.    Plaintiff Erroneously Believed Defendants Lee and McVicker Were Romantically Involved.............................................................................4

    F.    February 17, 2006:  Plaintiff Refused To Cover a Last-Minute Banquet.............4

    G.    Early-February 2006: The Alleged Family Meal "Harassment" .......................6

    H.    Late-February 2006: The Alleged Chicken Pot Pie "Harassment" ........................6

    I.    February 21, 2006: Plaintiff Contacted the ARAMARK Employee Hotline ..........7

    J.    February 23, 2006: Plaintiff Contacted Assistant General Manager Phil Ip With His Concerns...............................................................................8

    K.    February 27, 2006: ARAMARK Investigated Plaintiff's Allegations of Sexual Harassment..............................................................................8

    L.    Early-March 2006: The Alleged Fish Taco "Harassment"......................................9

    M.    Mid-March 2006: Plaintiff Allegedly Requested a Pay Raise...................................9

    N.    March 13, 2006: ARAMARK Management Met With Plaintiff To Discuss Plaintiff and McVicker Working on Different Shifts............................................10

    O.    March 17, 2006:  ARAMARK Management Again Met With Plaintiff To Discuss a Shift Change ........................................................................10

    P.    March 30, 2006:  Foster Began a Leave Of Absence ..............................................11

    Q.    June 15, 2006:  Plaintiff Voluntarily Resigned His Position.................................11

III.  LEGAL ARGUMENT.............................................................................................11

    A.    Plaintiff Cannot Establish A Cause Of Action For Constructive Discharge Because Plaintiff Cannot Prove That He Was Subjected To "Intolerable Conditions" At The Time Of His Resignation ........................................................11

    B.    Plaintiff Cannot Establish Sexual Harassment .........................................................13

DEFENDANTS' EARLY SETTLEMENT PROGRAM SETTLEMENT CONFERENCE STATEMENT

**EXHIBIT 6**

# VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of  June 15, 2006.

_Mark Foster_     May 7, 2007

Mark Foster,       Date

ARA Fos
D 0177

EXHIBIT 2

FALX # 030647547

## LEAVE OF ABSENCE REQUEST

.Employee's Name    MaRK Antoine Foste

Social Security Number    302-56 -8205

Hire Date    4/8/05    Unit    K1

Request Leave of Absence

To Start    March 30, 2006
            No later than
To Return   June 15, 2006

To Be Read And Signed By Employee:

I understand that failure to report to work at the date specified above
means that I am quitting voluntarily and I will, therefore, be terminated
on that day.

Mark A. Foster
Employee's Signature

Reason for Request

Emotional Stress, mental anguish

Mark A. Foster                          March 28, 2006
Employee's Signature                    Date

APPROVALS:

Department Head

                                        Date
Controller                              3/28/06
                                        Date
Personnel                               3/28/06
                                        Date

EMPLOYEE NOTIFIED OF DECISION ON    3/29/06

---

Chief Alfonso called
at 11:13am 6/15
to inform me Mark did
not show for work
He was scheduled to work
at 11 am.
                        6/2
Chief Tim called 3 days ago
to inform him he will be on the
schedule

EXHIBIT 3

1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181
2  SUZANNE BOAG, State Bar No. 250441
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   ARAMARK SPORTS, LLC (erroneously sued as
6  ARAMARK Sports and Entertainment), YING KEE
   McVICKER, and MATTHEW LEE
7

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    COUNTY OF SAN FRANCISCO

10                     UNLIMITED JURISDICTION

11

12  MARK ANTOINE FOSTER,                    Case No. CGC-07-461178

13            Plaintiff,                    **DEFENDANT ARAMARK SPORTS, LLC'S
                                            RESPONSE TO PLAINTIFF'S FORM**
14        vs.                               **INTERROGATORIES – EMPLOYMENT
                                            LAW (SET ONE)**
15  ARAMARK SPORTS &
    ENTERTAINMENT, Ying Kee McVicker,       Action Filed:    March 9, 2007
16  an individual, Matthew Lee, an individual,   Trial Date:      May 19, 2008
    and DOES 1 Through 51,
17
             Defendants.
18

19

20  PROPOUNDING PARTY:        Plaintiff, MARK ANTOINE FOSTER

21  RESPONDING PARTY:         Defendant, ARAMARK SPORTS, LLC

22  SET NUMBER:               ONE (1)

23            **RESPONSES TO FORM INTERROGATORIES**

24  **INTERROGATORY NO. 200.1:**

25        Do you contend that the **EMPLOYMENT** relationship was "at will"? If so:

26        (a)    state all facts upon which you base this contention;

27        (b)    state the name, **ADDRESS**, and telephone number of each **PERSON** who has

28  knowledge of those facts; and

1-SF/7598403.1

1    Defendant objects to this Interrogatory on the grounds that the phrase "involved in a

2    TERMINATION" is vague and ambiguous. Defendant further objects to this Interrogatory on the

3    grounds that it is overbroad. Notwithstanding and without waiving such the foregoing objections,

4    Defendant responds:  Plaintiff elected to terminate his employment.

5        (a)    Plaintiff voluntarily resigned by electing not to return from a leave of absence.

6    Defendant did not terminate the Plaintiff.

7        (b)    Because Plaintiff voluntarily resigned, Defendant believes Plaintiff was likely the

8    only person who participated in his decision to resign.

9        (c)    This sub-part does not appear applicable given the fact that Plaintiff voluntarily

10    resigned, and Defendant did not terminate him.

11        (d)    Defendant lacks knowledge or information as to what documents, if any, Plaintiff

12    relied upon in deciding to voluntarily resign.  Plaintiff signed an agreement on March 28, 2005

13    which stated that if he did not report to work following his leave of absence by June 15, 2005,

14    then he would be considered to have voluntarily resigned.

15    **INTERROGATORY NO. 201.2**

16        Are there any facts that would support the **EMPLOYEE'S TERMINATION** that were

17    first discovered after the **TERMINATION**?  If so:

18        (a)    state the specific facts;

19        (b)    state when and how **EMPLOYER** first learned of each specific fact;

20        (c)    state the name, **ADDRESS**, and telephone number of each **PERSON** who has

21    knowledge of the specific facts; and

22        (d)    identify all **DOCUMENTS** that evidence these specific facts.

23    **RESPONSE TO INTERROGATORY NO. 201.2:**

24        To the extent this Interrogatory seeks evidence pertaining to "after-acquired evidence"

25    which would support an involuntary termination, Defendant responds:  Defendant did not

26    involuntarily terminate Plaintiff; rather, Plaintiff voluntarily resigned.  In any event, Defendant

27    has become aware during the course of its investigation that Plaintiff falsified his employment

28    application by indicating that he had never been convicted of a felony, when in fact he was

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7598403.1                                    6

EXHIBIT 4

'KEEP THIS STATEMENT FOR YU  RECORDS.
SSN:  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    NAME: MARK A .USTER                              DATE ISSUED 07/15/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS      CLAIM EFFECTIVE DATE: 03/30/06
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                         EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                         P O BOX  193534
                         SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 06/04/06 THROUGH 07/13/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|-------------|--------------|---------------|-----------|
| 40 | $1897.14 | $0.00 | $1897.14 |

MESSAGE-AREA

   IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



DL 2500CKX Rev. (8-03)              DETACH THIS STUB FOR YOUR RECORDS-REMUEVA ESTE TALON PARA SU RECORD PERSONAL           ...

SSN:   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   NAME: MARK A FOSTER                    CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                           EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                           P O BOX 193534
                           SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 05/10/06 THROUGH 05/23/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

   **IMPORTANT NOTICE:**   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500C(X) Rev. 8-03)      DETACH THIS STUB FOR YOUR RECORDS        THIS PAGE TO BE RETAINED

**KEEP THIS STATEMENT FOR YOUR RECORDS.**                    DATE ISSUED 06/06/06
SSN:   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   NAME: MARK A FOSTER                  CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                           EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                           P O BOX 193534
                           SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 05/24/06 THROUGH 06/03/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 11 | $521.71 | $0.00 | $521.71 |

MESSAGE-AREA

   **IMPORTANT NOTICE:**   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

                           **NOTICE OF FINAL PAYMENT**
THIS IS YOUR FINAL PAYMENT BECAUSE INFORMATION IN YOUR DISABILITY INSURANCE CLAIM INDICATES THAT
YOU ARE NO LONGER DISABLED.  IF YOU ARE STILL DISABLED: SEE SUPPLEMENTAL CERTIFICATION.  YOU AND
YOUR DOCTOR MUST COMPLETE A SUPPLEMENTAL CERTIFICATION FOR YOU TO RECEIVE CONTINUING BENEFITS.

IF YOU ARE UNEMPLOYED AND ABLE TO WORK:  REPORT TO THE NEAREST UNEMPLOYMENT INSURANCE OFFICE
FOR HELP IN FINDING WORK AND TO DETERMINE YOUR ELIGIBILITY FOR UNEMPLOYMENT INSURANCE BENEFITS.
                                                    DE 2525XX REV. 1 (7/96)

KEEP THIS STATEMENT FOR YOUR RECORDS.                                           DATE ISSUED 09/09/06
SSN:  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   NAME: MARK A FOSTER                                    CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                              P O BOX 193534
                              SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 08/25/06 THROUGH 09/07/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA



IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (8/03)          DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALÓN PARA SU RECORD PERSONAL          3061 (10-04) FLASH

KEEP THIS STATEMENT FOR YOUR RECORDS.                                           DATE ISSUED 10/07/06
SSN:  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   NAME: MARK A FOSTER                                    CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                              P O BOX 193534
                              SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 09/22/06 THROUGH 10/05/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA



IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKA Rev. (9/03)

DE AUH THIS STUB FOR YOUR RECORDS REMUEVA ESTE TALON PARA SU RECORD PERSONAL

**KEEP THIS STATEMENT FOR YOUR RECORDS.**                                      **DATE ISSUED 09/23/06**
**SSN:  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   NAME: MARK A FOSTER**                          **CLAIM EFFECTIVE DATE: 03/30/06**
**WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS**
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW. THE OFFICE PROCESSING YOUR CLAIM IS:
                          EMPLOYMENT DEVELOPMENT DEPARTMENT          TELEPHONE: 800 480-3287
                          P O BOX 193534
                          SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 09 05 06 THROUGH 09 21 06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|-------------|--------------|---------------|-----------|
| 17          | $1,549.00    | $0.00         | $564.00   |

**MESSAGE AREA**

**IMPORTANT NOTICE:** IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

YOU HAVE BEEN PAID DISABILITY BENEFITS ON AN AUTOMATIC PAYMENT CYCLE. FOR THE DEPARTMENT TO VERIFY
YOUR CONTINUING ELIGIBILITY, COMPLETE AND IMMEDIATELY RETURN THE ENCLOSED DISABILITY CLAIM STATUS
QUESTIONNAIRE  DE2593  TO THE DISABILITY OFFICE SHOWN ABOVE.

IF YOU EXPECT YOUR DISABILITY TO BE LONG-TERM, YOU SHOULD CONTACT THE SOCIAL SECURITY INFORMATION
LINE AT 1-800-772-1213 TO FIND OUT ABOUT ADDITIONAL BENEFITS THAT MIGHT BE AVAILABLE.

                                                              DE 2593-A  (12/91)



DE 2500CKA Rev. (9/03)

DETACH THIS STUB FOR YOUR RECORDS REMUEVA ESTE TALON PARA SU RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.
SSN:  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    NAME: MARK A FOSTER                                    DATE ISSUED 10/21/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS          CLAIM EFFECTIVE DATE: 03/30/06
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                                        EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                                        P O BOX 193534
                                        SAN FRANCISCO  CA    94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 10/06/06 THROUGH 10/19/06.

|  | NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|---|
|  | 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (6/03)

KEEP THIS STATEMENT FOR YOUR RECORDS.
SSN:  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    NAME: MARK A FOSTER                                    DATE ISSUED 11/04/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS          CLAIM EFFECTIVE DATE: 03/30/06
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                                        EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                                        P O BOX 193534
                                        SAN FRANCISCO  CA    94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 10/20/06 THROUGH 11/02/06.

|  | NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|---|
|  | 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DETACH AND SEE REVERSE SIDE... DETACH THIS STUB FOR YOUR RECORD. TRANSFER ETC. TACCH PARK SE RECORDS... KNOWN

**KEEP THIS STATEMENT FOR YOUR RECORDS.**                    DATE ISSUED 12/02/06
SSN:  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    NAME: MARK A FOSTER         CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00         WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                        EMPLOYMENT DEVELOPMENT DEPARTMENT         TELEPHONE: (800) 480-3287
                        P O BOX  193534
                        SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 11 17 06 THROUGH 11 30 06

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**     IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

YOU HAVE BEEN PAID DISABILITY BENEFITS ON AN AUTOMATIC PAYMENT CYCLE.  FOR THIS DEPARTMENT TO VERIFY
YOUR CONTINUING ELIGIBILITY, COMPLETE AND IMMEDIATELY RETURN THE ENCLOSED DISABILITY CLAIM STATUS
QUESTIONNAIRE (DE2593) TO THE DISABILITY OFFICE SHOWN ABOVE.

IF YOU EXPECT YOUR DISABILITY TO BE LONG-TERM, YOU SHOULD CONTACT THE SOCIAL SECURITY INFORMATION
LINE AT 1-800-772-1213 TO FIND OUT ABOUT ADDITIONAL BENEFITS THAT MIGHT BE AVAILABLE.

                                                            DE 2593-A  (12-91)

KEEP THIS STATEMENT FOR YOUR RECORDS.                          DATE ISSUED 12/16/06
SSN: 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   NAME: MARK A FOSTER                  CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $232.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                         EMPLOYMENT DEVELOPMENT DEPARTMENT         TELEPHONE: (800) 480-3287
                         P O BOX  193534
                         SAN FRANCISCO CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 12/01/06 THROUGH 12/14/06.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA



   IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev. (6/03)

KEEP THIS STATEMENT FOR YOUR RECORDS.                          DATE ISSUED 02/01/07
SSN: 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   NAME: MARK A FOSTER                  CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                         EMPLOYMENT DEVELOPMENT DEPARTMENT         TELEPHONE: (800) 480-3287
                         P O BOX  193534
                         SAN FRANCISCO CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 01/26/07 THROUGH 01/30/07.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 5 | $237.14 | $0.00 | $237.14 |

MESSAGE-AREA





   IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

                              NOTICE OF FINAL PAYMENT
THIS IS YOUR FINAL PAYMENT BECAUSE INFORMATION IN YOUR DISABILITY INSURANCE CLAIM INDICATES THAT
YOU ARE NO LONGER DISABLED.  IF YOU ARE STILL DISABLED: SEE SUPPLEMENTAL CERTIFICATION.  YOU AND
YOUR DOCTOR MUST COMPLETE A SUPPLEMENTAL CERTIFICATION FOR YOU TO RECEIVE CONTINUING BENEFITS.

IF YOU ARE UNEMPLOYED AND ABLE TO WORK: REPORT TO THE NEAREST UNEMPLOYMENT INSURANCE OFFICE
FOR HELP IN FINDING WORK AND TO DETERMINE YOUR ELIGIBILITY FOR UNEMPLOYMENT INSURANCE BENEFITS.
                                                          DE 2525XX REV. 1 (7/96)

DE 2500CKX Rev (8/03)     DETACH THIS STUB FOR YOUR RECORDS REMUEVA ESTE TALON Para CALEE CULO RECONAL     SU PAGE PARA AL

‣ KEEP THIS STATEMENT FOR YOUR RECORDS.                          DATE ISSUED 01/27/07
SSN: 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   NAME: MARK A FOSTER              CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT       TELEPHONE:  800  480-3287
                              P O BOX  193534
                              SAN FRANCISCO  CA  94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 01 12 07 THROUGH 01/25/07.

        NO. OF DAYS    BENEFIT AMT.    AMT. DEDUCTED    AMT. PAID
            14           $664.00          $0.00          $664.00
MESSAGE-AREA

    IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
    ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



DE 2500CKX Rev (8/03)     DETACH THIS STUB FOR YOUR RECORDS REMUEVA ESTE TALON Para CALEE CULO RECONAL     SU PAGE PARA AL

KEEP THIS STATEMENT FOR YOUR RECORDS.                                        DATE ISSUED 07/29/06
SSN:  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      : MARK A FOSTER                          CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00         WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT          TELEPHONE: (800) 480-3287
                              P O BOX  193534
                              SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 07/14/06 THROUGH 07/27/06

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.



7/13   7/15
7/27   7/27
8/10   8/12

DE 2500CKX Rev (6/03)                    DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA : U RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                                        DATE ISSUED 08/12/06
SSN:  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   NAME: MARK A FOSTER                          CLAIM EFFECTIVE DATE: 03/30/06
WEEKLY RATE: $332.00         WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                              EMPLOYMENT DEVELOPMENT DEPARTMENT          TELEPHONE: (800) 480-3287
                              P O BOX  193534
                              SAN FRANCISCO  CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 07/28/06 THROUGH 08/10/06

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $664.00 | $0.00 | $664.00 |

MESSAGE-AREA

**IMPORTANT NOTICE:**   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CKX Rev (6/03)                    DETACH THIS STUB FOR YOUR RECORDS/REMUEVA ESTE TALON PARA : U RECORD PERSONAL

KEEP THIS STATEMENT FOR YOUR RECORDS.                          DATE ISSUED 08/26,
SSN:  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   NAME: MARK A FOSTER          CLAIM EFFECTIVE DATE: 03/30,
WEEKLY RATE: $332.00        WEEKLY RATE IS FOR 7 DAYS
EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR
BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHAT DAYS WERE NOT PAID AND WHY THEY WERE NOT
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:
                          EMPLOYMENT DEVELOPMENT DEPARTMENT        TELEPHONE: (800) 480-3287
                          P O BOX 193534
                          SAN FRANCISCO CA   94119-3534
THE ATTACHED CHECK IS FOR STATE DISABILITY INSURANCE FOR THE FOLLOWING PERIOD(S): 08/11/06 THROUGH 08/




| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|-------------|--------------|---------------|-----------|
| 14          | $664.00      | $0.00         | $664.00   |

MESSAGE-AREA

   IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
   ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ON THE CHECK STATEMENT.

DE 2500CNX Rev. (8/03)          DETACH THIS STUB FOR YOUR RECORDS REMUEVA ESTE TALON PARA SU RECORD PERSONAL

EXHIBIT 5

LAW OFFICES OF
# GRAY & PROUTY

Bill K. Gray
John P. Welch, Inc.
James B. James
Melinda Schaffner, Inc.
Marilee B. Hazen
Stephen M. Berger
Malcolm D. Schick

C. Kempton Letts ^
Kelly J. Hamilton
Roger A. Cartozian
Christopher L. Herritt
Daniel R. Brown
Christopher Cooley

*Gehring C. Prouty (1947 - 1998)*

John R. Banks, Inc.
Joseph A. Hernandez
Frank M. Jodzio
David J. Mitchell
Khanh Le Kwan
David J. Demshki
Jill S. Grathwohl

G. Bruce Sutherland ^^
Thomas E. Mullen
David J. Gittelman
Dawn C. Nelms
Joanne Marecek
Kathleen L. Wilson
T. Kelly Cox

A PROFESSIONAL CORPORATION

## SAN FRANCISCO OFFICE
400 OYSTER POINT BLVD, STE 401
SOUTH SAN FRANCISCO, CA 94080

PHONE (650) 246-1440
FAX (650) 246-1441

EMAIL gpsanfrancisco@grayandprouty.com

www.grayandprouty.com

Tracy Sturtevant
Jill M. Klein **
Andrew J. Blackburn
Jason P. Williams
Tiffany A. Boyland
Robin R. Horner *
J. Wellington Glover
David W. Tate
Barry A. Saperstein
Peter E. Cummings
C. Geoffrey Allred
Thomas E. Youngdale
Marvin Levy
Dana E. Mitchell
Steven J. Green
Sonja D. Gipson

Brittany B. Huynh
Duane G. Worley
Gerald J. Bowman
Craig E. Munson
Jennifer L. Rusnak
Craig A. Kingscott

*Of Counsel*
James C. Hazen
* Licensed in Hawaii
** Licensed in Nevada
^ Licensed in Colorado
^^ Licensed in Washington

May 2, 2007

Mary Lou Williams, Esq.
4104 24TH Street, Suite 438
San Francisco, CA 94114

| Re: | Employee: | Mark Antoine Foster |
| --- | --- | --- |
| | Employer: | Aramark |
| | WCAB#: | SFO 0496875 |
| | Claim#: | 300231324 |

Dear Ms. Williams:

Enclosed is the proposed Compromise and Release agreement which I have prepared reflecting our settlement discussions. Please note that the settlement is contingent upon Mr. Foster signing the Voluntary Resignation and also the Addendum reflecting that he is not receiving Social Security Disability nor has he filed a claim for this benefit. Once Mr. Foster has signed the enclosed documentation, would you kindly return the documents to my office and I will hand walk them through the Board and obtain an Order Approving. I recognize that I indicated I would sign these documents initially. However, I want to insure that Mr. Foster signs the Voluntary Resignation and the Medicare Information form before signing the settlement documents.

Thank you for your assistance in this matter.

Very truly yours,
**GRAY & PROUTY**

BY:

C. Kempton Letts, Esq.
ckletts@grayandprouty.com

CKL/ec
enclosures
cc:    Gretchen McCoy: Specialty Risk Services

| SANTA ANA-ORANGE | RIVERSIDE | NEVADA | LOS ANGELES | REDDING |
| --- | --- | --- | --- | --- |
| (714) 558-3751 FAX (714) 973-4736 | (951) 276-8750 FAX (951) 276-0392 | (702) 474-4856 FAX (702) 474-4857 | (323) 525-3170  FAX (323) 525-3180 | (530) 246-9061 FAX (530) 246-0781 |
| **GROVER BEACH** | **SAN DIEGO-CIVIL** | **HAWAII** | **FRESNO** | **POMONA** |
| (805) 786-4050  FAX (805) 786-0131 | (619) 718-9790 FAX (619) 718-9797 | (808) 523-5520  FAX (808) 523-7924 | (559) 243-4390  FAX (559) 243-4399 | (909) 623-9966  FAX (909) 623-9936 |
| **SACRAMENTO** | **SAN DIEGO** | **PETALUMA** | **SANTA BARBARA** | **SALINAS** |
| (916) 419-6662 FAX (916) 419-6663 | (619) 521-2660 FAX (619) 521-2655 | (707) 766-1525  FAX (707) 766-8592 | (805) 565-2050  FAX (805) 565-2069 | (831) 444-7736  FAX (831) 444-7746 |

STATE OF CALIFORNIA
DIVISION OF WORKERS' COMPENSATION
**WORKERS' COMPENSATION APPEALS BOARD**

# COMPROMISE AND RELEASE

Case No(s).   SFO 0496875

Social Security No. 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

725 Ellis Street, Apt. 403

Mark Antoine Foster
Applicant (Employee)

San Francisco                Ca 94109
Address

555 California Street, Suite 1950
San Francisco, Ca 94104

Aramark dba Bankers Club Of S.F.
Correct Name(s) of Employer(s)

Address(es)

P.O. Box 591
Burbank, Ca 91503

Specialty Risk Services
Correct Name(s) of Insurance Carrier(s) Claims Administrator(s)

Address(es)

1. The employee, born 7/14/195_____ , claims that he/she was employed at SAN FRANCISCO_____ ,
(city)
CALIFORNIA _____ , as a(n) Cook _____ by the employer(s),
(state)                                                    (occupation)
and claims to have sustained injury(ies) arising out of and in the course of employment:

   **(State with specificity the date(s) of injury(ies) and what part(s) of body, conditions or systems are being settled.)**

on CT TO 3/28/06 to PSYCHE _____

on _____ to _____

on _____ to _____

on _____ to _____

on _____ to _____

Body parts, conditions and systems may not be incorporated by reference to medical reports.

2. Upon approval of this compromise agreement by the Workers' Compensation Appeals Board or a workers' compensation administrative law judge and payment in accordance with the provisions hereof, the employee releases and forever discharges the above-named employer(s) and insurance carrier(s) from all claims and causes of action, whether now known or ascertained or which may hereafter arise or develop as a result of the above-referenced injury(ies), including any and all liability of the the employer(s) and the insurance carrier(s) and each of them to the dependents, heirs, executors, representatives, administrators or assigns of the employee. Execution of this form has no effect on claims that are not within the scope of the workers' compensation law or claims that are not subject to the exclusivity provisions of the workers' compensation law, unless otherwise expressly stated.

3. This agreement is limited to settlement of the body parts, conditions, or systems and for the dates of injury set forth in Paragraph No. 1 despite any language to the contrary in this document or any addendum.

Applicant/Employee: Mark Antoi̶̶ ̶̶ ̶̶ster          WCAB No(s).  SF̶̶ ̶̶ ̶̶ ̶̶496875

4.  Unless otherwise expressly stated, approval of this agreement RELEASES ANY AND ALL CLAIMS OF APPLICANT'S DEPENDENTS TO DEATH BENEFITS RELATING TO THE INJURY OR INJURIES COVERED BY THIS COMPROMISE AGREEMENT. The parties have considered the release of these benefits in arriving at the sum in Paragraph No. 7. Any addendum duplicating this language pursuant to _Sumner v WCAB_, 48 CCC 369 (1983), is unnecessary and shall not be attached.

5.  Unless otherwise expressly ordered by the Workers' Compensation Appeals Board or a workers' compensation administrative law judge, approval of this agreement does not release any claim applicant may have for vocational rehabilitation benefits or supplemental job displacement benefits.

6.  The parties represent that the following facts are true: (If facts are disputed, state what each party contends under Paragraph No. 9.)

EARNINGS AT TIME OF INJURY  $ _____

TEMPORARY DISABILITY INDEMNITY PAID  $ _____    Weekly Rate  $ _____

    Period(s) Paid  _____

PERMANENT DISABILITY INDEMNITY PAID  $ _____    Weekly Rate  $ _____

    Period(s) Paid  _____

TOTAL MEDICAL BILLS PAID  $ _____  Total Unpaid Medical Expense to be Paid By:  5,500.00

    Unless otherwise specified herein, the employer will pay no medical expenses incurred after approval of this agreement.

7.  The parties agree to settle the above claim(s) on account of the injury(ies) by the payment of the **SUM OF $** _____ .
    The following **amounts are to be deducted** from the settlement amount:

    $ _____ – 0 – _____ for permanent disability advances through _____
                                                                      *(date)*
    $ _____ – 0 – _____ for temporary disability indemnity overpayment, if any.

    $ _____ payable to _____

    $ _____ payable to _____

    $ _____ payable to _____

    $ _____ payable to _____

    ↱ₙₗᵤᵣ $  500⁰⁰ _____ requested as applicant's attorney's fee.

    **LEAVING A BALANCE OF $** ___5,000⁰⁰_____ , after deducting the amounts set forth above and less further permanent disability advances made after the date set forth above. Interest under Labor Code §5800 is included if the sums set forth herein are paid within 30 days after the date of approval of this agreement.

8.  Liens not mentioned in Paragraph No. 7 are to be disposed of as follows (Attach an addendum if necessary):
    DEFENDANT AGREES TO PAY, ADJUST OR LITIGATE THE EDD LIEN.
    NO OTHER LIENS OF RECORD.

Applicant/Employee: Mark Antoine Foster _____ WCAB No(s). _SFO_, _56875_

9.  The parties wish to settle these matters to avoid the costs, hazards and delays of further litigation, and agree that a serious dispute exists as to the following issues (initial only those that apply). **ISSUES NOT INITIALED BY ALL PARTIES ARE NOT INCLUDED WITHIN THIS SETTLEMENT.**

earnings
temporary disability
jurisdiction
apportionment
employment
injury AOE/COE
serious and willful misconduct
discrimination (Labor Code §132a)
statute of limitations
future medical treatment
other THOMAS FINDING
other _____

permanent disability
self-procured medical treatment, except as provided in Paragraph 7
vocational rehabilitation benefits/supplemental job displacement benefits

| |
|---|
| **COMMENTS** APPLICANT STIPULATES HE HAS NOT SUSTAINED ANY OTHER INJURIES, SPECIFIC OR CUMULATIVE TRAUMA, WITH THIS EMPLOYER. |

Any accrued claims for Labor Code Section 5814 penalties are included in this settlement unless expressly excluded.

10. It is agreed by all parties hereto that the filing of this document is the filing of an application, and that the WCAB may in its discretion set the matter for hearing as a regular application, reserving to the parties the right to put in issue any of the facts admitted herein and that if hearing is held with this document used as an application, the defendants shall have available to them all defenses that were available as of the date of filing of this document, and that the WCAB may thereafter either approve this Compromise and Release or disapprove it and issue Findings and Award after hearing has been held and the matter regularly submitted for decision.

11. **WARNING TO EMPLOYEE: SETTLEMENT OF YOUR WORKERS' COMPENSATION CLAIM BY COMPROMISE AND RELEASE MAY AFFECT OTHER BENEFITS YOU ARE RECEIVING OR MAY BECOME ENTITLED TO RECEIVE IN THE FUTURE FROM SOURCES OTHER THAN WORKERS' COMPENSATION, INCLUDING BUT NOT LIMITED TO SOCIAL SECURITY, MEDICARE AND LONG-TERM DISABILITY BENEFITS.**

**THE APPLICANT'S (EMPLOYEE'S) SIGNATURE MUST BE ATTESTED TO BY TWO DISINTERESTED PERSONS *OR* ACKNOWLEDGED BEFORE A NOTARY PUBLIC**

By signing this agreement, applicant (employee) acknowledges that he/she has read and understands this agreement and has had any questions he/she may have had about this agreement answered to his/her satisfaction.

Witness the signature hereof this _____ day of _____, _____ at San Francisco, CA.

Witness 1 _____ (Date) 5/7/07

Witness 2 _____ (Date)

Interpreter _____ (Date)

Applicant (Employee) Mark Antoine Foster (Date) May 7, 2007

Attorney for Applicant MARY LOU WILLIAMS, ESQ (Date)

Attorney for Defendant C. KEMPTON LETTS, ESQ (Date)

STATE OF CALIFORNIA
County of _____

On this _____ day of _____, _____, before me, _____, a Notary Public in and for the said County and State, residing therein, duly commissioned and sworn, personally appeared _____ known to me to be the person(s) whose name(s) is are subscribed to the within Instrument, and acknowledged to me that __ he __ executed the same.

*In Witness Whereof,* I have hereunto set my hand and affixed my official seal the day and year in this Certificate first above written.

_____
Notary Public in and for said County and State of California

*CLAIMANT/BENEFICIARY NAME* stipulates that he/she is:
(Check the applicable sentence below)

☑ not currently receiving Social Security Disability or Retirement benefits and is not otherwise Medicare eligible. Claimant has not applied for Social Security benefits and does not anticipate applying for benefits in the next six months.

___not currently receiving Social Security Disability or Retirement benefits but has applied for benefits and is not otherwise Medicare eligible. Claimant anticipates being Medicare eligible in 30 months from the date of the settlement

___deemed disabled by Social Security but is not currently a Medicare beneficiary but has reasonable expectation that he/she will have Medicare coverage in the next 30 months.

*CLAIMANT/BENEFICIARY NAME* agrees that this settlement includes payment of $ _____ for alleged work related medical conditions and treatment and it is the sole responsibility of *CLAIMANT/BENEFICIARY NAME* to ensure that such funds are to be used for the payment of care and treatment of such work related conditions. The employee further agrees that the settlement covers any and all liens and Federal rights of recovery under the Social Security Act Section 1862(b) of the Social Security Act (42 USC Section 1395y(b)(5) and Applicable regulations found at 42 CFR Part 411 (1990) (Medicare Secondary Payer Act), and that any such lien will be paid out of the proceeds of this settlement. *CLAIMANT/BENEFICIARY NAME* further agrees to indemnify the employer and its insurer for any claim or potential claim of Medicare for payment of any lien or right of recovery as outlined above, arising out of benefits paid to or on behalf of the employee for any care or treatment provided as the result of the employee's alleged work related conditions

```
Applicant's Name          Date
```

# VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of May 1, 2007

Mark Foster,                    Date

EXHIBIT 6

# VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of May 1, 2007.

Mark Foster,          Date

EXHIBIT 7

## VOLUNTARY RESIGNATION

I, Mark Foster, voluntarily resign my position with Aramark as of  $June 15, 2006.$

*Mark Foster*          *May 7, 2007*

Mark Foster,        Date

ARA Fos
D 0177