Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN LEWIS and BOKIUS,<br>And ERIC MECKLEY, an<br>Individual and does 1 through 81<br>Defendants | Case No. **C-08-01336 MHP**<br><br>ORDER GRANTING<br>DISQUALIFICATION OF<br>ATTORNEYS ERIC MECKLEY,<br>MELINDA REICHERT, SUE BOAG<br>AND MORGAN LEWIS & BOKIUS<br>TO ACT AS COUNCIL IN ABOVE<br>TITLED CASE<br><br>Date: APRIL 28, 2008<br>Time: 2:00 pm |

The motion of Plaintiff MARK ANTOINE FOSTER for an order to remand to disqualify Attorneys Eric Meckley, Melinda Reichert, Sue Boag and Morgan Lewis & Bokius came on regularly for hearing by the court on APRIL 28, 2008. Plaintiff appeared in Pro Per; defendant appeared by counsel Morgan Lewis & Bokius

On proof made to the satisfaction of the court that the motion ought to be granted.

ORDER GRANTING DISQUALIFICATION OF ATTORNEYS ERIC MECKLEY, MELINDA REICHERT, SUE BOAG AND MORGAN LEWIS AND BOKIUS TO ACT AS COUNCIL IN THE ABOVE TITLED CASE                                              C-08-01336 MHP

1  IT IS ORDERED that the motion be, and it hereby is, granted and that Attorneys Eric
2  Meckley, Melinda Reichert, Sue Boag and Morgan Lewis & Bokius be disqualified to act as
3  council in the above titled case.

4

5  Dated:                                              United States District Judge

25  ORDER GRANTING DISQUALIFICATION OF ATTORNEYS ERIC MECKLEY, MELINDA REICHERT, SUE BOAG AND MORGAN LEWIS AND BOKIUS TO ACT AS COUNCIL IN THE ABOVE TITLED CASE                         C-08-01336 MHP