Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER, | Case No. C-08-01336 MHP |
| Plaintiff, | ORDER GRANTING REMAND<br>[28 U.S.C.S. 1447(c)] |
| vs. | Date: APRIL 28, 2008<br>Time: 2:00 pm |
| ARAMARK SPORTS, LLC and<br>ARAMARK CORPORATION, and<br>DOES 1 through 73 | |
| Defendants | |

The motion of Plaintiff MARK ANTOINE FOSTER for an order to remand the above-entitled action to the Superior Court of California, City and County of San Francisco, came on regularly for hearing by the court on APRIL 28, 2008. Plaintiff appeared in Pro Per; defendant appeared by counsel Morgan Lewis and Bokius.

On proof made to the satisfaction of the court that the motion ought to be granted.

IT IS ORDERED that the motion be, and it hereby is, granted and that this case be

ORDER GRANTING REMAND                                        C-0-01336

1  remanded to the Superior Court of the State of California, City and County of San Francisco; and

2  that a certified copy of this order be mailed by the clerk of this court to the clerk of the Superior

3  Court of California, City and County of San Francisco.

4      IT IS FURTHER ORDERED that plaintiff MARK ANTOINE FOSTER have recovered

5  his costs and disbursements, including attorney's fees, in this court against defendant Aramark

6  Sports L.L.C.

8      Dated:

ORDER GRANTING REMAND             C-0-01336