1  Mark Antoine Foster, In Pro Per
   725 Ellis Street, Apt. 408
2  San Francisco, CA 94109
   (415) 756-1611
3

FILED
08 APR -2 PM 2:40

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

CIVIL UNLIMITED JURISDICTION

No. **C-08-01336** MHP

MARK ANTOINE FOSTER,

Plaintiff,

vs.

ARAMARK SPORTS LLC, and
ARAMARK CORPORATION, and
DOES 1 Through 73
    Defendants

**PLAINTIFF'S NOTICE OF DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS**

[FRCP 41(a) (1) (A)]

DATE: April 2, 2008

TO DEFENDANTS ARAMARK SPORTS LLC AND ARAMARK COPORATION.

PLEASE TAKE NOTICE that, pursuant to Rule 41 (a) (1) (A) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of voluntarily dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims against Defendants Aramark Sports LLC and Aramark Corporation.

PLAINTIFF'S NOTICE OF DISMISSAL OF MAIL WIRE FRAUD AND CONSPIRACY TO
MAIL FRAUD                                                    C-08-01336 MHP

1

1   This notice is made on the ground that Plaintiff has a statutory right to dismiss these
2 claims and Plaintiff wants to pursue his remaining state claims in state court seeking remedy
3 exclusively from the state, and because Plaintiff doe not have a private right of action for these
4 claims as the Attorney General is the proper party to bring these claims.

5   Furthermore, Defendants have not filed an answer to the complaint, nor have they filed a
6 motion for summary judgment in this matter.

7

8 Date: April 2, 2008                               Mark Antoine Foster, In Pro Per

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

25 PLAINTIFF'S NOTICE OF DISMISSAL OF MAIL WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD                                             C-08-01336 MHP

2