1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11
                                    Case No. **C-08- 01336 MHP**
12
   MARK ANTOINE FOSTER,             PLAINTIFF'S NOTICE OF MOTION
13                                  AND MOTION TO DIMISS MAIL
              Plaintiff,            FRAUD, WIRE FRAUD AND
14                                  CONSPIRACY TO MAIL FRAUD
      vs.                           CLAIMS, AFTER ANSWER WITHOUT
15                                  COUNTER CLAIM; MEMO OF PTS
   ARAMARK SPORTS LLC and           &AUTHORITIES; DECLARATION OF
16 ARAMARK CORPORATION              MARK AND FOSTER; PROPOSED
   , and DOES 1 through 73          ORDER IN SUPPORT THEREOF
17                                  [FED R. CIV PRO, 41(a)(2)]
              Defendants
                                    Date:  May 12, 2008
18 _____/ Time: 2:00 p.m.

19     TO DEFENDANTS ARAMARK SPORTS AND ENTERTAINMENT, YING KEE

20 MCVICKER, AN INDIVIDUAL AND MATTHEW LEE, AN INDIVIDUAL.

21     PLEASE TAKE NOTICE THAT ON May 12, 2008 at 2:00pm, or as soon thereafter as

22 the matter may be heard in the above titled court, located at 450 Golden Gate Ave, San

23 Francisco, California, Plaintiff MARK ANTOINE FOSTER will move this court for an order

24

25 PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS MAIL FRAUD, WIRE
   FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS
                                                          C- 08-01336 MHP

1  dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims.

2  **MEMORANDUM OF POINTS AND AUTHORITIES**

3  This motion is made on the ground that plaintiff has a statutory right to dismiss his these
4  claims and Plaintiff wants to pursue his claims solely in state court and seeks remedy exclusively
5  from the state for his remaining state law causes of action, and because Plaintiff does not have a
6  private right of action for theses claims and also because the attorney general's office is the only
7  party authorized to bring these claims.

8  Plaintiff moves the court, pursuant to Rule 41(a) (2) of the Federal Rules of Civil
9  Procedure, for an order dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims
10  or actions without prejudice and on such terms and conditions as the court deems proper.
11  Defendant filed an answer on March ✓, 2008, but made no counterclaim against Plaintiff and
12  would not suffer substantial prejudice by the dismissal of this action.

13  Date: April 2, 2008                               Mark Antoine Foster, In Pro Per

25  PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS MAIL FRAUD, WIRE
FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS
C- 08-01336 MHP

2