1  **Mark Antoine Foster, In Pro Per**
   **200 Corpus Cristie Road #A**
2  **Alameda, California 94502**
   **(415) 756-1611**
3  **(619) 646-3564**

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  | | Case No. **C-08- 01336 MHP** |
    **MARK ANTOINE FOSTER,**
13                                   **DECLARATION OF MARK**
                **Plaintiff,**        **ANTOINE FOSTER IN SUPPORT**
14                                   **THEREOF**

    vs.
15                                   Date: May 12, 2008
    **ARAMARK SPORTS LLC and**        Time: 2:00 p.m.
16  **ARAMARK COPORATION, and**
    does 1 through 73

17              **Defendants**

18  _____/

19      I MARK ANTOINE FOSTER declare that:

20      1.   I am the plaintiff in this action and have personal knowledge of each fact stated in

21           the complaint filed against Aramark Sports LLC, and Aramark Corporation, a

22           parties to this action.

23      I declare under penalty under the laws of the state of California that the foregoing is true

24

25  DECLARATION OF MARK ANTOINE FOSTER

                                                              C- 08-01336 MHP

1 | and correct and that this declaration was executed this day on the 1st of April 2008, at San
2 | Francisco, California.

                                                                                                                                                     *Mark A. Foster*

3 |                                      Mark Antoine Foster, In Pro Per

25 | DECLARATION OF MARK ANTOINE FOSTER

                                                                                            C- 08-01336 MHP