**Mark Antoine Foster, In Pro Per**
**200 Corpus Cristie Road #A**
**Alameda, California 94502**
**(415) 756-1611**
**(619) 646-3564**

*RECEIVED 08 APR -2 PM 3:04 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS LLC, and ARAMARK CORPORATION, , and DOES 1 through 73<br><br>Defendants<br>_____/ | Case No. **C-08-01336 MHP**<br><br>**ORDER GRANTING DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS**<br>    **[FED R. CIV PRO. 41(a)(2)]**<br><br>Date:  May 12, 2008<br>Time:  2:00pm |

  The motion of Plaintiff MARK ANTOINE FOSTER for an order dismissing his claims or causes of action asserted by plaintiff against defendant Aramark Sports LLC, and Aramark Corporation, in the above titled action, came on regular for hearing by the court on May 12, 2008. Plaintiff appeared in Pro Per; defendant appeared by counsel Morgan Lewis & Bokius LLP.

  On proof to the satisfaction of the court that the motion ought to be granted.

ORDER GRANTING DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD                                   C-08-01336 MHP

1    IT IS ORDERED that the motion be, and it hereby is, granted and that the MAIL
2   FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD claims or causes of action
3   asserted by plaintiff MARK ANTOINE FOSTER against defendants is hereby dismissed.
4   Dated:

_____

United States District Judge

ORDER GRANTING DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD                                    C-08-01336 MHP

2