1 | Mark Antoine Foster, In Pro Per
2 | 200 Corpus Cristie Road #A
  | Alameda, California 94502
3 | (415) 756-1611
  | (619) 646-3564

FILED
APR 17 PM 2:21
CLERK U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK ANTOINE FOSTER,

    Plaintiff,

vs.

ARAMARK SPORTS LLC and
ARAMARK CORPORATION
and does 1 through 73

    Defendants
_____/

Case No. **C-08- 01336 MHP**

DECLARATION OF MARK ANTOINE FOSTER IN SUPPORT THEREOF AND EXHIBIT "A" ATTACHED THERETO

Date: April 28, 2008
Time: 2:00 p.m.

I MARK ANTOINE FOSTER declare that:

1. I am the plaintiff in this action and have personal knowledge of each fact stated in the complaint filed against Aramark Sports LLC, and ARAMARK COPORATION, a parties to this action.

2. Attached hereto as Exhibit "A" and incorporated herein by reference is a true and correct copy of the correspondence between Foster and his worker's

DECLARATION OF MARK ANTOINE FOSTER

1

C- 08-1336 MHP

1  compensation Attorney Mary Lou Williams, evidencing the state of minds as to

2  the suspiciousness of the new VRA presented on or around May 1, 2007

3  I declare under penalty under the laws of the state of California that the foregoing is true

4  and correct and that this declaration was executed this day on the 15th of April 2008, at

5  San Francisco, California.

6  *[signature]* Mark Antoine Foster, In Pro Per

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  DECLARATION OF MARK ANTOINE FOSTER

C- 08-1336 MHP

EXHIBIT "A"

**Mary-Lou Williams**
4104 - 24th Street, #438
San Francisco, CA   94114
**(415) 986-4585**
FAX: (415) 826-2132
lou@lou-williams.com

May 4, 2007

Mark Antoine Foster
725 Ellis Street, #408
San Francisco, CA 94109

Re:    Mark A. Foster v. Aramark, SRS
       WCAB Number: SFO 0496875
       Claim number: 300231324
       Date of injury: 3/28/06
       AGREED MEDICAL EVALUATION APPOINTMENT: 6/13/07; 9 a.m.

Dear Mark:

I have enclosed herewith for your signature the C+R document and addenda. Also, I left a copy of Lett's letter attached, for your information only. You can tear it off and keep it. I have put a purple X by every line that needs your signature, or other writing. We have discussed the 'voluntary resignation.' As of this writing, I have not ascertained that it will not scuttle the settlement to change the date, but I cannot imagine why it would; so just put a line through the date that is there, write in the correct date, initial it, and sign the document.

On the main document, you will see two lines for witnesses. You need to get two people, not your family members, to watch you sign, and then sign on these two lines–just so you'll know: at the Board where these agreements are signed all day long, I and every other lawyer down there has witnessed many hundreds of these–it is not a big deal to the people who sign, but the signatures are essential. Please also initial the attorney fee line on page 2.

I have included a self-addressed stamped envelope for you to return the document to me. Thanks a lot. Please call if you have any questions.

Very truly yours,

*[signature]*

Mary-Lou Williams

Encl.

Mary-Lou Williams
Law Office of Mary-Lou Williams
4104 - 24th Street, #438

San Francisco, CA  94114
(415)986-4585
Attorney for Petitioner

**STATE OF CALIFORNIA**
**DEPARTMENT OF INDUSTRIAL RELATIONS**
# WORKERS' COMPENSATION APPEALS BOARD

| FOR WCAB USE ONLY |
|---|

(PRINT OR TYPE NAMES AND ADDRESSES)

Foster, Mark Antoine
Name of Injured Workers
3/28/06
Date of Claimed Injury

725 Ellis Street, #408
San Francisco, CA  94109
Address

302 56 8205
Social Security Number

Aramark
Name of Employer
555 California St.
San Francisco, CA
Address

Specialty Risk
Name of Insurance Carrier/Adjusting Agency
P.O. Box 591
Burbank, CA  91503
Address

Mary-Lou Williams
Petitioner
4104 - 24th Street, #438
San Francisco, CA  94114
Address

[x] worker    [ ] employer    [ ] carrier
[ ] other

**WCAB CASE NUMBER**
(IF APPLICATION HAS BEEN FILED)
SFO 0496875

**PETITION FOR**
[ ] Benefits Under Labor Code section 132a
[ ] Benefits Under Labor Code section 4553
[ ] Penalty Under Labor Code section 5814
[x] Other
Penalty Under Labor Code section

5813

RECEIVED
State of California

JUN 2  2007

Division of
Workers' Compensation
District Office
San Francisco

**PETITIONER ALLEGES AS FOLLOWS:**
The parties had reached an agreement to settle this psychological injury claim with a *Thomas* finding, and the settlement document was returned to defendant on May 9, 2007.  Defendant induced cancellation of the AME appointment set for June 13, 2007, in reliance upon the settlement going forward, setting an even longer delay in motion.  The defendant purports to hold up the settlement because the 'voluntary resignation' form served with the C+R document was altered by applicant to reflect an *earlier* date.  The settlement was entered into by applicant based upon his reasonable expectation it would be processed in a timely manner, but this defendant (Aramark, not SRS) has inexplicably, if not maliciously, held up the process.  Accordingly, applicant requests the imposition of penalty and sanctions.

**(PROOF OF SERVICE MUST BE ATTACHED)**

WC-100