Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564



FILED
08 APR 17 PM 2:21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK ANTOINE FOSTER,

    Plaintiff,

vs.

ARAMARK SPORTS LLC and
ARAMARK CORPORATION
and DOES 1 Through 73
    Defendants
_____/

Case No. **C-08- 1336 MHP**

PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF HIS REPLY IN SUPPORT OF HIS MOTION TO DISQUALIFY ATTORNEYS ERIC MECKLEY, MELINDA REICHERT AND SUE BOAG, AS IT EXCEEDS 10 PAGES IN LENGTH

Date: April 28, 2008
Time: 2:00 p.m.

Plaintiff MARK ANTOINE FOSTER hereby gives notice of respectfully requesting permission to allow submission of his first reply in support of his motion to disqualify attorneys Eric Meckley, Melinda Reichert, Sue Boag and Morgan Lewis and Bokius as representing council against Plaintiff in the above titled case, as his reply exceeds 10 pages in length.

PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF HIS
MOTION TO DISQUALIFY ATTORNEYS

C- 08-1336 MHP

1

1      This request is based on the grounds that it is necessary to provide all the information in
2  his reply, as it is a complicated motion and asks to disqualify council, and involves responding to
3  numerous unwarranted accusations against Plaintiff.
4      If the court does not allow the reply because it exceeds 10 pages, Plaintiff respectfully
5  requests that he be allowed to edit it and resubmit his reply prior to the hearing.

7  DATE: April 15, 2008          *[signature]*  Mark Antoine Foster, In Pro Per

25  PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF HIS MOTION TO DISQUALIFY ATTORNEYS
                                                         C- 08-1336 MHP