UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 17 PM 2:22

MARK ANTOINE FOSTER

Case Number: C-08-1336 MHP

PLAINTIFF

v.

ARAMARK SPORTS LLC, and
ARAMARK CORPORATION,
and does 1 through 73

DEFENDANTS

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date APRIL 16, 2008, I mailed from San Francisco, CA the following documents: 1) PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY, 2) DECLARATION OF MARK ANTOINE FOSTER, 3) PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF REPLY EXCEEDING TEN PAGES
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid, overnight express.
5. The envelope was addressed and mailed as follows: Eric Meckley and Melinda Reichert, Morgan and Lewis, One Market Street, Spear Street Tower, 94105
6. The name of the person served was ARAMARK SPORTS LLC AND ARAMARK CORPORATION
7. The address of the persons served is ONE MARKET, San Francisco, CA. 94105

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 16, 2008

Thom McMullen