1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:  415.442.1000
   Fax:  415.442.1001
4

5  Attorneys for Defendants
   ARAMARK SPORTS, LLC (erroneously sued as
6  ARAMARK Sports and Entertainment), YING KEE
   McVICKER, and MATTHEW LEE
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | MARK ANTOINE FOSTER, | Case No. C-08-00733 MHP |
   |---|---|
13 | Plaintiff, | **PROOF OF SERVICE** |
14 | vs. | |
15 | ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51, | |
18 | Defendants. | |

1-SF/7660892.1

1    I am a resident of the State of California and over the age of eighteen years, and not a
2  party to the within action; my business address is One Market, Spear Street Tower, San
3  Francisco, California 94105-1126.
4    On April 30, 2008, I served the within document(s):

**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER REMANDING ACTION TO STATE COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing a true and correct copy of the document named above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Mark Foster, *In Pro Per*
200 Corpus Cristi Road, #A
Alameda, CA  94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 30, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Monica Brennan

1-SF/7660892.1