MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, SBN 168181
SUZANNE BOAG, SBN 250441
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
sboag@morganlewis.com

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>           Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS, LLC and ARAMARK CORPORATION, and DOES 1 through 73,<br><br>           Defendants. | Case No. C-08-01336 MHP<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER REMANDING ACTION TO STATE COURT**<br><br>**[LOCAL RULE 7-9]**<br><br>Date:     June 16, 2008<br>Time:    2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:   Hon. Marilyn H. Patel |

1-SF/7698211.1

Case No. C-08-01336 MHP

NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT
TO FILE MOTION FOR RECONSIDERATION

TO PLAINTIFF, IN PRO PER:

PLEASE TAKE NOTICE THAT on June 16, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15 of the above-captioned Court, located at 450 Golden Gate Avenue, 18th Floor, San Francisco, California, the Honorable Marilyn H. Patel presiding, Defendants ARAMARK Sports, LLC and ARAMARK Corporation ("Defendants") will, and hereby do, move this Court, pursuant to Local Rule 7-9, for an order granting leave to file a motion for reconsideration of Judge Patel's April 28, 2008 Order remanding *Mark Antoine Foster v. ARAMARK Sports, LLC and ARAMARK Corporation*, Case No. C-08-1336 MHP to state court. Defendants clearly alleged diversity jurisdiction as a basis for federal jurisdiction and it appears the Court granted remand without considering this material fact.

This Motion is made based on this Notice of Motion and Motion, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: May 5, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By     /s/
       Eric Meckley
       Attorneys for Defendants
       ARAMARK SPORTS, LLC and
       ARAMARK CORPORATION

Pursuant to Northern District Civil Local Rule 7-9(b)(3), Defendants ARAMARK Sports, LLC and ARAMARK Corporation ("Defendants") respectfully move for leave of Court to file a Motion for Reconsideration of the Court's April 30, 2008 Order Granting Plaintiff's Motion to Remand (the "Order") based upon "a manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutary order". Civil L.R. 7-9(b)(3).

Specifically, the Court's Order granting remand in Case Number C-08-01336 MHP (pending against only ARAMARK Sports, LLC and ARAMARK Corporation) was premised upon the Court's belief that: "**The notices of removal did not allege diversity jurisdiction**." Order 1:22-23.

However, Defendants' Notice of Removal filed on March 7, 2008 **specifically alleged diversity jurisdiction as a basis for removal**. *See*, Docket Entry #1 (a file-endorsed copy of which is attached hereto as Exhibit 1). Defendants' Notice of Removal stated in bold in the caption: "**NOTICE OF REMOVAL OF ACTION  28 U.S.C. SECTION 1441(b) – FEDERAL QUESTION AND DIVERSITY OF CITIZENSHIP"**. Furthermore, in Paragraph 6 of the Notice of Removal, Defendants made the following allegations:

> 6.   This Court also has original jurisdiction under 28 U.S.C. section 1332(a) due to diversity of citizenship and amount in controversy, and therefore may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. Section 1441(b):
>
> (a)   Complete diversity between the parties exists.  Plaintiff Mark Foster, at the time this action was commenced, was and still is a citizen of the State of California.  ARAMARK Corporation was and still is a corporation incorporated under the laws of the State of Delaware, with its principal places of business in the State of Pennsylvania.  ARAMARK Sports, LLC was and is an entity organized under the laws of the State of Delaware with its principal place of business in the State of Pennsylvania.  No member of ARAMARK Sports, LLC is a citizen of the State of California.
>
> (b)   Under 28 U.S.C. § 1441(a) the citizenship of defendants sued under fictitious names shall be disregarded.  The inclusion of "Doe" defendants in Plaintiff's state court complaint have no effect on removability. *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-691 (9th Cir. 1998); 28 U.S.C. § 1441 (a) (stating that for purposes of removal, the citizenship of defendants sued under

fictitious names shall be disregarded). In determining whether diversity of citizenship exists, only the named defendants are considered. *Id.*

Defendants are informed and believe that the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. Plaintiff alleges in his Complaint that he was subject to fraud, intentional and negligent misrepresentation and intentional and negligent infliction of emotional distress, and that as a result, he suffered emotional distress and mental anguish which impacted his future income opportunities and will lead him to see psychological treatment. Plaintiff seeks to recover several categories of damages including economic losses, emotional distress damages, punitive damages, and attorney fees. Were Plaintiff to prevail in this action, the amount of these damages could exceed $75,000.

In addition, Defendants' Civil Cover Sheet which was filed with the Notice of Removal specified diversity jurisdiction as the basis for removal. *See*, Docket Entry #1-2 (a file-endorsed copy of which is attached hereto as Exhibit 2).

Defendants therefore request that the Court grant Defendants leave to file a motion for reconsideration of the Order granting Plaintiff's Motion to Remand, because Defendants clearly alleged diversity jurisdiction as a basis for federal jurisdiction and it appears the Court granted remand without considering this material fact.

Dated: May 5, 2008                                          MORGAN, LEWIS & BOCKIUS LLP


By _____/s/_____
Eric Meckley
Attorney for Defendants
ARAMARK SPORTS, LLC and
ARAMARK CORPORATION

# EXHIBIT 1

Case 3:08-cv-01336-MHP   Document 46   Filed 05/05/2008   Page 6 of 11
Case 3:08-cv-01336-MHP   Document 1   Filed 03/07/2008   Page 1 of 27

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.400

ERIC MECKLEY, State Bar 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK
CORPORATION.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 1336 EMC

MARK ANTOINE FOSTER,

    Plaintiff,

vs.

ARAMARK SPORTS, LLC and
ARAMARK CORPORATION, and DOES
1 through 73,

    Defendants.

Case No.

**NOTICE OF REMOVAL OF ACTION 28 U.S.C. SECTION 1441(b) – FEDERAL QUESTION AND DIVERSITY OF CITIZENSHIP**

**PLEASE TAKE NOTICE THAT** Defendants ARAMARK SPORTS, LLC and ARAMARK CORPORATION. (collectively, "Defendants") submit this Notice of Removal and, pursuant to 28 U.S.C. Section 1441, hereby remove to this Court the state action described below:

    1.    On or about February 7, 2008, Plaintiff Mark Antoine Foster commenced this action in the Superior Court of the State of California in and for the County of San Francisco, entitled *Mark Antoine Foster v. ARAMARK Sports, LLC, and ARAMARK Corporation, and Does 1-73*, Case No. CGC-08-471936, alleging causes of action for: (1) fraud and intentional deceit;

1-SF/7669875.1

**NOTICE OF REMOVAL**

1  (2) intentional misrepresentation of fact; (3) negligent misrepresentation; (4) suppression of fact;
2  (5) mail fraud (18 U.S.C. § 1341); (6) conspiracy to mail fraud (18 U.S.C. §§ 1345, 1349);
3  (7) wire fraud (18 U.S.C. § 1343); (8) intentional infliction of emotional distress; and
4  (9) negligent infliction of emotional distress. A true and correct copy of the Complaint and
5  Summons, with the accompanying attachments, is attached hereto as **Exhibit 1.**
6      2.    On February 7, 2008, Plaintiff caused the Complaint and Summons to be served
7  on Defendants.
8      3.    This Notice of Removal is timely filed, pursuant to 28 U.S.C. Section 1446(b), in
9  that it is filed within thirty (30) days of receipt of Plaintiff's Complaint. No previous Notice of
10 Removal has been filed or made with this Court for the relief sought.
11     4.    This action is a civil action over which this Court has original jurisdiction pursuant
12 to 28 U.S.C. Sections 1331 and 1332(a). This entire action is one which may be removed to this
13 Court by Defendants pursuant to the provisions of 28 U.S.C. Section 1441(b), in that it is a civil
14 action arising under the laws of the United States; specifically, Plaintiff has alleged claims for
15 violations of 18 U.S.C. Sections 1341, 1343, 1345, and 1349.
16     5.    Plaintiff's remaining state law causes of action are claims over which this Court
17 may properly exercise supplemental jurisdiction pursuant to 28 U.S.C. Section 1367(a) because
18 they form part of the same case or controversy as the claims over which this Court would have
19 original jurisdiction.
20     6.    This Court also has original jurisdiction under 28 U.S.C. section 1332(a) due to
21 diversity of citizenship and amount in controversy, and therefore may be removed to this Court
22 by Defendants pursuant to the provisions of 28 U.S.C. Section 1441(b):
23     (a)   Complete diversity between the parties exists. Plaintiff Mark Foster, at the time
24 this action was commenced, was and still is a citizen of the State of California. ARAMARK
25 Corporation was and still is a corporation incorporated under the laws of the State of Delaware,
26 with its principal places of business in the State of Pennsylvania. ARAMARK Sports, LLC was
27 and is an entity organized under the laws of the State of Delaware with its principal place of
28

1 business in the State of Pennsylvania. No member of ARAMARK Sports, LLC is a citizen of the
2 State of California.

3     (b)    Under 28 U.S.C. § 1441(a) the citizenship of defendants sued under fictitious
4 names shall be disregarded. The inclusion of "Doe" defendants in Plaintiff's state court
5 complaint have no effect on removability. *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-691
6 (9th Cir. 1998); 28 U.S.C. § 1441 (a) (stating that for purposes of removal, the citizenship of
7 defendants sued under fictitious names shall be disregarded). In determining whether diversity of
8 citizenship exists, only the named defendants are considered. *Id.*

9     (c)    Defendants are informed and believe that the amount in controversy exceeds the
10 sum or value of $75,000, exclusive of interests and costs. Plaintiff alleges in his Complaint that
11 he was subject to fraud, intentional and negligent misrepresentation and intentional and negligent
12 infliction of emotional distress, and that as a result, he suffered emotional distress and mental
13 anguish which impacted his future income opportunities and will lead him to see psychological
14 treatment. Plaintiff seeks to recover several categories of damages including economic losses,
15 emotional distress damages, punitive damages, and attorney fees. Were Plaintiff to prevail in this
16 action, the amount of these damages could exceed $75,000.

17     7.    The pleadings attached to this Notice as Exhibit 1 constitute all the process,
18 pleadings, and orders filed in this action in San Francisco County Superior Court of which
19 Defendants have served or been served to date.

20     8.    Venue is proper in this district pursuant to 28 U.S.C. Section 1441(a), because this
21 district embraces the county in which the removed action has been pending.

22     9.    Defendants will promptly serve Plaintiff with this Notice of Removal and will
23 promptly file a copy of this Notice of Removal with the clerk of the state court in which the
24 action is pending, as required under 28 U.S.C. Section 1446(d).

25     10.    This removal is being filed on behalf of all Defendants who have been named and
26 served in the state court action.

27     WHEREFORE, pursuant to these statutes and in accordance with the procedures set forth
28 in 28 U.S.C. Section 1446, Defendants pray that the above-captioned action pending in the

1 | Superior Court of the State of California in and for the County of San Francisco be removed
2 | therefrom to this Court.

3 | Dated: March 7, 2008                               MORGAN, LEWIS & BOCKIUS LLP

5 |                                                  By _____
6 |                                                     Eric Meckley
                                                       Attorney for Defendants
7 |                                                     ARAMARK SPORTS, LLC and
                                                       ARAMARK CORPORATION

# EXHIBIT 2

Case 3:08-cv-01336-MHP   Document 1-2   Filed 03/07/2008   Page 1 of 1

**JS 44** (Rev. 11/04)   **CIVIL COVER SHEET**

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Mark Antonine Foster, In Pro Per

**DEFENDANTS**
ARAMARK Sports, LLC and ARAMARK Corporation

**(b) County of Residence of First Listed Plaintiff** Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE OF LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Mark Foster, In Pro Per
200 Corpus Christie Road, #A
Alameda, CA 94501
Tel: 415.756.1611

**Attorneys (If Known)**
Eric Meckley, SBN 168181
Morgan Lewis & Bockius LLP
One Market Street, Spear Tower
San Francisco, CA 94105
Tel: 415.442.1000

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury – Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury – Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability |  | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 630 Liquor Laws | 820 Copyrights | 460 Deportation |
| 151 Medicare Act |  | 640 R.R. & Truck | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 340 Marine / 345 Marine Product Liability | 650 Airline Regs. | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits |  | 660 Occupational Safety/Health |  | 490 Cable/Sat TV |
| 160 Stockholders' Suits | PERSONAL PROPERTY | 690 Other | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 350 Motor Vehicle / 370 Other Fraud |  | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | 355 Motor Vehicle Product Liability / 371 Truth in Lending | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | 360 Other Personal Injury / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 891 Agricultural Acts |
|  | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting / 510 Motion to Vacate Sentence |  | FEDERAL TAX SUITS | 893 Environmental Matters |
| 220 Foreclosure | [X] 442 Employment | Habeas Corpus: | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General |  | 895 Freedom of Information Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 871 IRS – Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 245 Tort Product Liability | 445 Amer. w/Disabilities – Employment | 540 Mandamus & Other |  |  |
| 290 All Other Real Property | 446 Amer. w/Disabilities – Other | 550 Civil Rights 555 Prison Condition | 791 Empl. Ret. Inc. Security Act | 950 Constitutionality of State Statutes |
|  | 440 Other Civil Rights |  |  |  |

(740 Railway Labor Act, 790 Other Labor Litigation also listed under LABOR)

**V. ORIGIN** (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. Sections 1332(a)(1), 1341, 1343, 1345, and 1349

Brief description of cause: Plaintiff alleges claims of mail fraud, conspiracy to commit mail fraud, and wire fraud against Defendant.

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 0.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: March 7, 2008
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

NDC-JS44