| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ERIC MECKLEY, SBN 168181 |
| 2 | SUZANNE BOAG, SBN 250441 |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA  94105-1126 |
| | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
| | emeckley@morganlewis.com |
| 5 | sboag@morganlewis.com |
| 6 | Attorney for Defendants |
| | ARAMARK SPORTS, LLC and ARAMARK |
| 7 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER, | Case No. C-08-01336 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER REMANDING ACTION TO STATE COURT** |
| vs. | |
| ARAMARK SPORTS, LLC and ARAMARK CORPORATION, and DOES 1 through 73, | |
| Defendants. | |

The Motion of Defendants ARAMARK Sports LLC and ARAMARK Corporation ("Defendants") seeking leave to file a Motion for Reconsideration of the Court's April 30, 2008 Order granting Plaintiff Mark Antoine Foster's ("Plaintiff") Motion to Remand came on for hearing on June 16, 2008, before the Honorable Marilyn H. Patel of the above-entitled Court. Plaintiff appeared in pro per.  Eric Meckley appeared on behalf of Defendants.

Having reviewed the papers and pleadings submitted by the parties and having heard oral argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

///

///

1-SF/7700290.1                                                                                                  Case No. C-08-01336 MHP

[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER REMANDING ACTION TO STATE COURT

1  Defendant's Motion for Leave to File Motion for Reconsideration is GRANTED.  Good
2  cause for reconsideration exists, as the Court overlooked portions of the allegations contained in
3  Defendants' Notice of Removal regarding diversity jurisdiction and granted remand without
4  considering this material information.

6  IT IS SO ORDERED:

7  Dated: _____

   Hon. Marilyn H. Patel
8  United States District Court, Northern District of California