MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, SBN 168181
SUZANNE BOAG, SBN 250441
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
sboag@morganlewis.com

Attorney for Defendants
ARAMARK SPORTS, LLC and ARAMARK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARAMARK SPORTS, LLC and ARAMARK CORPORATION, and DOES 1 through 73,<br><br>  Defendants. | Case No. C-08-01336 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER REMANDING ACTION TO STATE COURT** |

The Motion of Defendants ARAMARK Sports LLC and ARAMARK Corporation ("Defendants") seeking reconsideration of the Court's April 30, 2008 Order granting Plaintiff Mark Antoine Foster's ("Plaintiff") Motion to Remand came on for hearing on June 16, 2008, before the Honorable Marilyn H. Patel of the above-entitled Court. Plaintiff appeared in pro per. Eric Meckley appeared on behalf of Defendants.

Having reviewed the papers and pleadings submitted by the parties and having heard oral argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

///

///

1   Defendant's Motion for Reconsideration is GRANTED. The Court overlooked portions

2  of Defendants' Notice of Removal that alleged diversity jurisdiction as a basis for federal

3  jurisdiction, and the Court without considering this material fact.

4

5  IT IS SO ORDERED:

6  Dated: _____    _____

7  Hon. Marilyn H. Patel
   United States District Court, Northern District of California