**Mark Antoine Foster, In Pro Per**
**200 Corpus Cristie Road #A**
**Alameda, California 94502**
**(510) 316-0406**
**(619) 646-3564**

FILED

MAY 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| | Case No.  C-08- 01336 MHP |
| **MARK ANTOINE FOSTER,** | **DECLARATION OF MARK ANTOINE FOSTER IN SUPPORT OF OPPOSITION THEREOF AND EXHIBIT 1 THRU 3 ATTACHED THERETO** |
| Plaintiff, | Date:   June 16, 2008 |
| vs. | Time:   2:00 p.m. |
| | Location: Courtroom 15, 18th floor |
| **ARAMARK SPORTS LLC** | Judge: Hon. Marilyn J. Patel |
| and **ARAMARK CORPORATION,** | |
| , and DOES 1 through 73 | |
| **Defendants** | |

I MARK ANTOINE FOSTER declare that:

1.    I am the plaintiff in this action and have personal knowledge of each fact stated in the complaint filed against Aramark Sports LLC and Aramark Corporation, a parties to this action.

2.    Attached hereto as Exhibit 1 and incorporated herein by reference is a true and

DECLARATION OF MARK ANTOINE FOSTER

1

C-08-01336 MHP

1  correct copy of plaintiff's notice of motion for an order permitting submission of
2  petition for coordination of actions having common questions of law or fact.

3.  Attached hereto as Exhibit 2 and incorporated herein by reference is a true and correct copy of plaintiff's notice for order staying this proceeding; pursuant to California Code of Civil Procedure 404.5.

4.  Attached hereto as Exhibit 3 and incorporated herein by reference is a true and correct copy of the notice of motion to amend the complaint to join James Chan as a defendant

I am a party to this action, and I have read the foregoing in the complaint and know it contents. The matters stated in the complaint are true based on my own knowledge, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty under the laws of the state of California that the foregoing is true and correct and that this declaration was executed this day on the 19TH of May, 2008, at San Francisco, California.

Mark Antoine Foster, In Pro Per

DECLARATION OF MARK ANTOINE FOSTER

C-08-01336 MHP

EXHIBIT 1

```
 1  Mark Antoine Foster, In Pro Per
    200 Corpus Cristie Road #A
 2  Alameda, California 94502
    (415) 756-1611
 3  (619) 646-3564
    (510) 316-0406
 4
 5
 6
                    SUPERIOR COURT OF CALIFORNIA
 7
               IN AND FOR THE COUNTY OF SAN FRANCISCO
 8
                    CIVIL UNLIMITED JURISDICTION
 9
10                                      Case No.  CGC07461178

11  MARK ANTOINE FOSTER,                NOTICE OF MOTION AND MOTION
                                        FOR ORDER PERMITTING
         Plaintiff,                     SUBMISSION OF PETITION FOR
12                                      COORDINATION OF ACTIONS HAVING
         vs.                            COMMON QUESTION OF LAW OR
13                                      FACT; MEMORANDUM OF POINTS
    ARAMARK SPORTS AND ENTERTAINMENT    AND AUTHORITIES; DECLARATION
14  and YING KEE McVICKER, an individual, OF MARK ANTOINE AND EXHIBITS 1
    MATTHEW LEE, an individual          THRU 9 ATTACHED THERETO
15   DOES 1 through 104
                                        Date: June 16, 2008
16  ARAMARK SPORTS LLC AND ARAMARK      Time: 9:30 am
    CORPORATION, and DOES 1 thru 73     Dept: 206
                                        Judge: Hon. David L. Ballati
17  MORGAN LEWIS & BOKIUS LLP AND
    ERIC MECKLEY, an individual, and DOES
18  1 thru 81

19  LAW OFFICES OF GRAY & PROUTY AND
    C. KEMPTON LETTS, DANA MITCHELL,
20  As individuals, and DOES 1 thru 57

21  SPECIALTY RISK SERVICES AND
    GRETCHEN DEVINE, an individual, and
22  DOES 1 thru 91

23
              Defendants
24
25  NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING SUBMISSION OF        1
    PETITION FOR COORDINATION OF ACTIONS HAVING COMMON QUESTION OF LAW
    OR FACT                                                       CGC07461178
```

1     _____/

2         TO DEFENDANTS ARAMARK SPORTS and ENTERTAINMENT, YING KEE

3 MCVICKER AND MATTHEW LEE, AS INDIVIDUALS; ARAMARK SPORTS LLC &

4 ARAMARK CORPORATION; MORGAN LEWIS & BOKIUS LLP, ERIC MECKLEY, AN

5 INDIVIDUAL, THE LAW OFFICES OF GRAY AND PROUTY, C. KEMPTON LETTS AND

6 DANA MITCHELL, AS INDIVIDUALS, SPECIALITY RISK SERVICES , GRETCHEN

7 DEVINE,  AN INDIVIDUAL

8         YOU AND EACH OF YOU PLEASE TAKE NOTICE THAT ON June 16, 2008 at

9 9:30am or as soon thereafter as the matter may be heard in the above titled court, located at 400

10 McAllister, San Francisco, California. Plaintiff Mark Antoine Foster will move this court for an

11 order of the presiding judge of the above titled court permitting submission of a petition for

12 coordination of actions having a common question of law or fact including actions No.

13 CGC08471936, CGC08471937, CGC08471938, AND CGC08471939 filed in the superior court

14 for the County of San Francisco, and the above titled action because all actions have a common

15 question of law or fact as defined in Code of Civil Procedure §404 and §404.1

16         This motion will be made pursuant to Section §404 of the Code of Civil Procedure and

17 upon this notice, the records, pleadings and files herein, the memorandum of points and

18 authorities and declaration of Mark Antoine Foster attached hereto, and upon such oral and

19 documentary evidence as may be presented at the hearing.

20 Dated: May 19, 2008                           Mark Antoine Foster, In Pro Per

21

22

23

24

25 **NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING SUBMISSION OF   2**
**PETITION FOR COORDINATION OF ACTIONS HAVING COMMON QUESTION OF LAW**
**OR FACT**
                                                                               CGC07461178

EXHIBIT 2

1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564
   (510) 316-0406
4

5

6

7                        SUPERIOR COURT OF CALIFORNIA

8                   IN AND FOR THE COUNTY OF SAN FRANCISCO

9                         CIVIL UNLIMITED JURISDICTION

10                                         Case No. **CGC07461178**

11  MARK ANTOINE FOSTER,                   NOTICE OF MOTION AND MOTION
                                           FOR ORDER STAYING ALL
    Plaintiff,                             PROCEEDINGS; MEMORANDUM OF
12                                         POINTS AND AUTHORITIES;
    vs.                                    DECLARATION OF MARK ANTOINE
13                                         AND EXHIBITS 1 THRU 9 ATTACHED
    ARAMARK SPORTS AND ENTERTAINMENT       THERETO
14  and YING KEE McVICKER, an individual,
    MATTHEW LEE, an individual             Date: June 16, 2008
15   DOES 1 through 104                    Time: 9:30 am
                                           Dept: 206
16  ARAMARK SPORTS LLC AND ARAMARK         Judge: Hon. David L. Ballati
    CORPORATION, and DOES 1 thru 73
17
    MORGAN LEWIS & BOKIUS LLP AND
18  ERIC MECKLEY, an individual, and DOES
    1 thru 81
19
    LAW OFFICES OF GRAY & PROUTY AND
20  C. KEMPTON LETTS, DANA MITCHELL,
    As individuals, and DOES 1 thru 57
21
    SPECIALTY RISK SERVICES AND
22  GRETCHEN DEVINE, an individual, and
    DOES 1 thru 91
23
                    **Defendants**
24

25  NOTICE OF MOTION AND MOTION FOR ORDER STAYING ALL PROCEEDINGS
                                                          CGC07461178

1

1   _____/

2   **To:   Honorable Judge David L.Ballati,** Assigned Judge in the above-entitled actions MARK

3   ANTOINE FOSTER being the plaintiff in the Action No. CGC08471936, entitled MARK

4   ANTOINE FOSTER V. ARAMARK SPORTS LLC and ARAMARK CORPORATION, now

5   pending in this court, hereby makes application for an order staying this proceeding in the action

6   pending determination whether coordination of the action with the actions indicated in the notice

7   of motion and motion for order permitting submission of petition for coordination of actions

8   having common question of law or fact attached hereto and incorporated by reference, which

9   heretofore have been ordered coordinated for trial, is appropriate.

10   The application is made pursuant to the provisions of Section 404.5 of the California

11   Code of Civil Procedure and is supported by the declaration of MARK ANTOINE FOSTER

12   which establishes the facts relied upon for this application, such facts conforming to the

13   requirements of California Code of Civil Procedure Sections 404 and 404.1. Attached hereto are

14   applicant's Points and Authorities in support of the application.

15   It is necessary that all further proceedings in the action above-referred to be stayed,

16   pending determination of applicant's request for such case to be properly coordinated with the

17   related cases, heretofore indicated herein.

18   The following are all of the cases known by the undersigned to be pending in this court

19   actions No. CGC08471936, CGC08471937, CGC08471938, AND CGC08471939, and the above

20   titled case CGC07461178.

21   The request stay order should apply to following specific case No. CGC08471936, titled

22   MARK ANTOINE FOSTER V. ARAMARK SPORTS LLC and ARAMARK CORPORATION

23   for reason; The actions meet the standards specified in Code of Civil Procedure 404.1 in that it

24   would be appropriate to coordinate of the civil actions mentioned herein and that one judge

25   **NOTICE OF MOTION AND MOTION FOR ORDER STAYING ALL PROCEEDINGS**  2
    **CGC07461178**

1  hearing all the actions will promote the ends of justice due to all the actions share the common
2  question of fact or law is significant to the litigation; the convenience of parties, witnesses, and
3  counsel; the relative development of the actions and the work product of counsel, the efficient
4  utilization of judicial facilities and manpower; the calendar of the courts; the disadvantages of
5  duplicative and inconsistent rulings, orders or judgments; and the likelihood of settlement of the
6  actions without further litigation should be coordination be denied.

7  Further, the district court has remanded this case to this court, and the defendants have
8  filed a motion for consideration to stay the mentioned case in district court, as that hearing is
9  scheduled for June 16, 2008, as the Honorable Marilyn J. Patel is the presiding judge ruling on
10 the matter.

12 Dated: May 19, 2008                              Mark Antoine Foster, In Pro Per

25 NOTICE OF MOTION AND MOTION FOR ORDER STAYING ALL PROCEEDINGS
   CGC07461178

3

EXHIBIT 3

1  **Mark Antoine Foster, In Pro Per**
   725 Ellis Street, Apt. 408
2  San Francisco, CA 94109
   (415) 756-1611
3

4

5

6

7

8             SUPERIOR COURT OF CALIFORNIA

9       IN AND FOR THE COUNTY OF SAN FRANCISCO

10              CIVIL UNLIMITED JURISDICTION

11
                              No. **CGC08471936**
12  MARK ANTOINE FOSTER,
                              NOTICE OF MOTION AND MOTION
13        Plaintiff,          FOR LEAVE TO FILE AMENDED
                              COMPLAINT, MEMORANDUM OF
                              POINTS AND AUTHORITIES,
14        vs.                 DECLARATION OF MARK ANTOINE
                              FOSTER, AND EXHIBITS 1 THRU 5
15  ARAMARK SPORTS LLC AND    ATTACHED THERETO IN SUPPORT OF
    ARAMARK CORPORATION, and
                              Date: June 16, 2008
16  DOES 1 Through 73         Time: 9:30 am
                              Dept: 302
17        Defendants          Judge: Hon. Patrick J. Mahoney

                              Complaint filed: February 7, 2008
18  _____/ Trial Date: None

19  TO ALL PARTIES HEREIN AND TO THEIR ATTORNEY OF RECORD:

20      Please take notice that on June 16, 2008, or as soon thereafter as the matter may be

21  heard in department 302 of the above mentioned court, plaintiff MARK ANTOINE FOSTER

22  will move FOR LEAVE to amend complaint, as the proposed amendment would be to add or

23  join an additional defendant to his complaint.

24

25  NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, MEMO OF    1
    POINTS & AUTHORITIES, DECLARATION OF MARK ANTOINE FOSTER

1   Plaintiff also alleges the proposed amended complaint will not include the federal claims
2   previously alleged in the original complaint, as plaintiff dismissed those claims while the
3   complaint was pending in district court following defendants' removal of the complaint, and now
4   as this case has been remanded to this court.
5       This motion for leave to amend is made and based upon this notice, the records,
6   pleadings and files herein, the memorandum of points and authorities, AND THE AMENDED
7   COMPLAINT OR PROPOSED AMENDMENT attached hereto, and upon such oral and
8   documentary evidence as may be presented at the hearing of this motion for leave to amend.
9   DATED: May 19, 2008                                      Mark Antoine Foster, In Pro Per